# Exhibit A.3



August 31, 2021

PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY
AARON SIRI
200 Park Avenue
17th Floor
New York  NY  10166  USA

In Reply refer to
FOIA Control #:
2021-5683

Requester reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

All data and information for the Pfizer Vaccine enumerated in 21 C.F.R. § 601.51(e) with the exception of publicly available reports on the Vaccine Adverse Events Reporting System.

We will respond as soon as possible and may charge you a fee for processing your request. If your informational needs change, and you no longer need the requested records, please contact us to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm.

Due to an increase in the number of incoming requests, we may be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the FOIA. The actual processing time will depend on the complexity of your request and whether sensitive records, voluminous records, extensive search, and/or consultation with other HHS components or other executive branch agencies are involved. Please note that requests for medical device approval records (e.g. 510K, PMA, DEN) may take up to 18 to 24 months to process.

If you have any questions about your request, please call Claire B. Stansbury,  Information Technician, at (301) 796-8979 or write to us at:
Food and Drug Administration
Division of Freedom of Information
5630 Fishers Lane, Room 1035
Rockville, MD 20857

If you call or write, use the FOIA control number provided above which will help us to answer your questions more quickly.

You also have the right to seek dispute resolution services from:

Office of Government Information Services              and/or        FDA FOIA Public Liaison
National Archives and Administration                                  Office of the Executive Secretariat
8601 Adelphi Road – OGIS                                              US Food Administration
College Park, MD 20740-6001                                           5630 Fishers Lane, Room 1050
Telephone:202-741-5770                                                Email: FDAFOIA@fda.hhs.gov
Toll-Free: 1-877-684-6448
Email:ogis@nara.gov
Fax: 202-741-5769

Sincerely,

SARAH KOTLER
Director