# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

PUBLIC HEALTH AND MEDICAL
PROPESSIONALS FOR TRANSPARENCY

Plaintiff

v.

Civil Action No. _____

Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Date: September 16, 2021					SIRI & GLIMSTAD LLP
							Aaron Siri (*pro hac vice* to be filed)
							Elizabeth Brehm (*pro hac vice* to be filed)
							Gabrielle Palmer (*pro hac vice* to be filed)
							200 Park Avenue
							17th Floor
							New York, New York 10166
							Tel: (212) 532-1091
							Fax: (646) 417-5967
							aaron@sirillp.com
							ebrehm@sirillp.com
							gpalmer@sirillp.com


							HOWIE LAW, PC

							/s John Howie
							John Howie
							Texas Bar Number: 24027239
							2608 Hibernia Street
							Dallas, Texas 75204
							Tel: (214) 622-6340
							jhowie@howielaw.net

							*Attorneys for Plaintiff*