UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,<br><br>Plaintiff,<br><br>-against-<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>Defendant. | Civil Action No. _____ |

# **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Public Health and Medical Professionals for Transparency (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Dated:  September 16, 2021

                                                      SIRI & GLIMSTAD LLP
Aaron Siri (*pro hac vice* to be filed)
Elizabeth Brehm (*pro hac vice* to be filed)
Gabrielle Palmer (*pro hac vice* to be filed)
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
gpalmer@sirillp.com

HOWIE LAW, PC

/s John Howie
John Howie
Texas Bar Number: 24027239
2608 Hibernia Street
Dallas, Texas 75204
Tel: (214) 622-6340
jhowie@howielaw.net

*Attorneys for Plaintiff*