**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

PUBLIC HEALTH AND MEDICAL
PROFESSIONALS FOR TRANSPARENCY,

        Plaintiff,      Civil Action No. 4:21-cv-01058-P

  -against-

FOOD AND DRUG ADMINISTRATION,

        Defendant.

## CERTIFICATE OF SERVICE

    On November 15, 2021, I filed the Second Joint Report with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of records by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).


Dated:  November 15, 2021        */s/ Annalise Beube*
                   Annalise Beube