UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PUBLIC HEALTH AND MEDICAL**
**PROFESSIONALS FOR TRANSPARENCY,**

   Plaintiff,

v.                                                       No. 4:21-cv-1058-P

**FOOD AND DRUG ADMINISTRATION,**

   Defendant.

## ORDER

Pursuant to previous Court Orders (ECF Nos. 16, 19), the Parties have now submitted two Joint Reports. *See* ECF Nos. 18, 20. Having considered the Joint Reports, the Court concludes that a scheduling conference to discuss a processing schedule is necessary.

The Court therefore **ORDERS** that a scheduling conference regarding the instant dispute will be held at **9:00 a.m. on Tuesday, December 14, 2021,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

Should the Parties like to file briefs and/or appendices to assist the Court in its preparation for the scheduling conference, the Parties must file **on or before December 6, 2021.** If either Party files a brief and/or appendix, the other Party may file a response brief and/or appendix **on or before December 13, 2021.**

**SO ORDERED** on this **18th day** of **November, 2021.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE