# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,<br><br>                          Plaintiff,<br>     -against-<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>                          Defendant. | Civil Action No. 4:21-cv-01058-P |

## <u>DECLARATION OF SUZANN BURK</u>

I, Suzann Burk, hereby declare as follows:

1.      I am the Director of the Division of Disclosure and Oversight Management ("DDOM"), Office of Communication Outreach and Development, Center for Biologics Evaluation and Research ("CBER"), United States Food and Drug Administration ("FDA"), in Silver Spring, Maryland.

2.      As the Director of DDOM, I have overall responsibility for the disclosure of documents officially maintained by CBER, the center in FDA that regulates biological products such as blood, vaccines, gene therapy, and human cells, tissues, and cellular and tissue-based products.  I have been the Director of DDOM since June 24, 2018.  Prior to that date, I was the Team Lead of the Electronic Disclosure Team in DDOM for approximately nine and one-half years.  Before that, I was a member of the Congressional and Oversight Branch in DDOM for two years and a member of the Access Litigation and Freedom of Information Branch ("ALFOI") in DDOM for four years.

App002

3.      DDOM is composed of the ALFOI, the Congressional and Oversight Branch, and the Electronic Disclosure Team.

4.      ALFOI consists of one branch chief and nine full time branch members who handle the day-to-day work involved in the document disclosure duties described in paragraph 5. Two of those staff members are new employees who began working in ALFOI within the last four months.

5.      ALFOI is responsible for the review and disclosure of CBER-maintained documents in response to: (a)  Freedom of Information Act ("FOIA")  requests; (b)  litigation-related document requests; and (c) c ertain other requests that do not fall within established categories assigned to the other teams in DDOM.  Litigation-related document production covers disclosure in response to discovery requests, third-party subpoenas, and court orders to process records in response to FOIA requests.  ALFOI also responds to consults from other federal agencies and other FDA components that are processing FOIA requests for records that contain information related to CBER's equities.  These records need to be reviewed, redacted, and returned to the original government entity for production.

6.      The statements contained in this declaration are based upon my personal knowledge, and upon information provided to me in my official capacity.

7.      The purpose of this declaration is to explain ALFOI's process for handling FOIA requests, and to explain ALFOI's receipt and handling of the FOIA request submitted by Plaintiff Public Health and Medical Professionals for Transparency ("Plaintiff"), which was assigned the tracking number 2021-5683 ("Plaintiff's Request").

8.      As explained below, CBER has experienced a significant increase in incoming FOIA requests, with an unprecedented volume of pending requests.  This surge began in 2019.  It

App003

accelerated in 2021, largely as the result of requests related to FDA's work pertaining to the COVID-19 pandemic.  Along with the increase in FOIA requests, CBER experienced an increase in FOIA litigation over the last three years.  This increased volume, when combined with the Agency's existing FOIA and non-FOIA workload, prevents FDA's FOIA reviewers from committing to processing Plaintiff's request at a faster rate than 500 pages per month without diverting significant resources away from the processing of other FOIA requests that are also in litigation, requests that are ahead of Plaintiff's in CBER's queues, as well as other non-FOIA record requests.  Such diversion would adversely impact the Agency's ability to meet stipulated document processing deadlines and prejudice other pending requests.

## LEGAL OBLIGATIONS TO PROTECT CONFIDENTIAL INFORMATION

9.      The majority of documents that are responsive to FOIA requests received by CBER contain information that is exempt from disclosure (for example, trade secret, confidential commercial, and/or personal privacy information).  The Federal Food, Drug, and Cosmetic Act ("FDCA") prohibits the release of trade secret information to persons other than Department of Health and Human Services employees, to Congress, or to the courts where relevant in cases brought under the FDCA. 21 U.S.C. § 331(j).  The Trade Secrets Act prohibits the release of trade secret information unless otherwise authorized by law. 18 U.S.C. § 1905.  In addition, FDA regulations provide, *inter alia*, that: (a) trade secret and privileged or confidential commercial information is unavailable for public disclosure; and (b) identifying information in medical or similar files, which, if disclosed, would be an unwarranted invasion of personal privacy, is unavailable for public disclosure.  21 C.F.R. §§ 20.61, 20.63, respectively.

10.     Consistent with these requirements to protect confidential information, FOIA exempts several categories of information from its disclosure requirements.  5 U.S.C. § 552(b).

App004

For example, FOIA exempts from its disclosure requirements:  trade secrets and confidential

commercial or financial information obtained from a person, 5 U.S.C. § 552(b)(4); and

personnel, medical, and similar files if disclosure would result in a clearly unwarranted invasion

of personal privacy, 5 U.S.C. § 552(b)(6).

11.     As a result, it is important for FDA to perform a careful line-by-line, word-by-

word review of all responsive records before producing them in response to a FOIA request to

ensure exempt material is not disclosed.

### ALFOI'S PROCESS FOR HANDLING FOIA REQUESTS

12.     FOIA requests for CBER-maintained documents are forwarded from FDA's

Division of Freedom of Information ("DFOI") in the Office of the Executive Secretariat, Office

of the Commissioner, FDA.  ALFOI places each request in one or more of six queues of pending

requests, based on the complexity and/or subject matter of the requested documents.  Requests in

each queue are generally assigned to reviewers for processing on a first-in, first-out basis.

ALFOI's queues consist of the Fast, Simple, 510(k), Adverse Event, Influenza, and Complex

Tracks.  The Adverse Event and Influenza queues have simple and complex sub-queues.

Requests related to FDA's work related to the COVID-19 pandemic could fall under any of the

Fast, Simple, Adverse Event, or Complex queues.

13.     When a request is assigned to a reviewer for processing, the reviewer must search

for and collect potentially responsive records from various file locations, including hard copy

and electronic filing systems.  In addition, a reviewer may need to contact CBER personnel and

direct them to search their individual files.  After the reviewer collects potentially responsive

records, s/he conducts an initial review to verify that the records are, in fact, responsive to the

requests.  Records available only in hard-copy are scanned into electronic files.  Next, the

App005

reviewer conducts a line-by-line, word-by-word disclosure review of the responsive records to determine which, if any, FOIA exemptions apply, and then electronically redacts the material, as appropriate.  ALFOI's review may (and often does) require research to evaluate whether certain information falls within a FOIA exemption.  For example, an ALFOI reviewer may perform on-line research to determine whether certain information has been made public (i.e., is not "confidential").

14.     ALFOI may consult with FDA's Office of Chief Counsel to resolve questions on complex or novel disclosure issues.  Then, the reviewer conducts a quality control check to ensure that the responsive records have been properly prepared for public disclosure and, finally, prepares copies of the responsive records for delivery to the requester.  Throughout the process, the ALFOI branch chief or I may provide substantive input regarding the search's scope and whether the records may be disclosed.

15.     Additionally, if a document contains information belonging to other equity holders, such as other federal agencies, FDA will send out that document to the relevant federal agencies for consultation.  These consultations can occur more than once in the review process and inform FDA's determination about the applicability of any FOIA exemption.

16.     After the necessary review and internal and external consultations have been performed, records may be transmitted to FDA's Office of the Chief Counsel and the Department of Health and Human Services' Office of General Counsel for legal defensibility review.  This process can also involve the U.S. Department of Justice counsel for matters that are in litigation.  Once that legal review is completed, a senior FOIA reviewer conducts a quality control review to ensure that the responsive documents have been properly prepared for public disclosure.

App006

17.     To produce documents in response to discovery requests, third-party subpoenas, and court orders to process records in response to FOIA requests, reviewers perform all of the tasks in paragraphs 13-15, plus additional steps that can increase, by at least two-fold, the time to process the request.  The extra responsibilities associated with litigation-related document production typically include bates-stamping, preparing for creation of a *Vaughn* Index[1] or privilege log, and conducting a quality control check of the index/log to assure its accuracy and completeness.  ALFOI must shift resources away from processing other FOIA requests to meet strict timetables generally set for producing documents in response to discovery requests, FOIA litigation, or third-party subpoenas.

18.     When calculating processing rates for disclosure of records under FOIA, the agency must account for all of the steps listed in paragraphs 13-15 and ensure that there is adequate time for a careful review that will ensure that all confidential information is protected while all releasable information is disclosed.  ALFOI typically estimates that it will take an average of eight minutes per page to perform the tasks listed above and produce records to the requester.  To be sure, some records can be produced at a faster rate if they do not contain much sensitive information or if review can proceed with minimal research or consultation.  But some records may also take longer, especially if they contain a significant amount of confidential information interspersed with releasable information or if they require much consultation with others outside of ALFOI.  It is generally difficult to know whether particular records (or particular portions of a large record, such as an entire original BLA submission) will take more or less than the estimated eight minutes per page until reviewers have had an opportunity to

---

[1] "A *Vaughn* index is a routine device through which the defendant agency describes the responsive documents withheld or redacted and indicates why the exemptions claimed apply to the withheld material." *Batton v. Evers*, 598 F.3d 169, 174 (5th Cir. 2010) (quotation omitted).

perform at least a preliminary review of those records.

## CBER'S EFFORTS TO INCREASE EFFICIENCY

19.     CBER's DDOM and ALFOI have implemented organizational changes, work

process changes, and other measures to increase their operational efficiency and reduce backlogs.

DDOM and ALFOI have prioritized the recruiting and hiring of new employees; proactively

posted frequently requested records on FDA's website to increase transparency; evaluated

requests to triage to ensure assignment to appropriate tracks; and, where appropriate, proactively

contacted FOIA requesters to negotiate the scope of requests in order to produce documents

more quickly if possible.  A GS-14 Science Disclosure Analyst position was added in February

2019 to the immediate office of the director in DDOM.  This position is tasked with processing

FOIA requests for personnel records and also independently processing complex FOIA requests,

alleviating some of the workload of the ALFOI branch chief and branch staff.  ALFOI hired 2

new employees that started work in August and October of 2021.  DDOM recently advertised for

a GS-14 Science Disclosure Analyst detail to focus on decreasing the backlog of CBER FOIA

requests.  DDOM recently established a contract for assistance with accessibility remediation of

records to ensure that frequently-requested materials proactively posted online are compliant

with federal requirements intended to make records accessible to all users regardless of

disability.  All of these efforts have been undertaken in an effort to expand CBER's capacity for

responding to FOIA requests and improving response time.

## IMPACT OF RECENT EVENTS, INCLUDING COVID-19, ON ALFOI'S OPERATIONS

20.     A significant recent surge in interest in CBER records, including interest in

records related to FDA's work pertaining to the global COVID-19 pandemic, has impacted

ALFOI's operations in a number of ways.  First, there has been a significant recent uptick in

7

FOIA requests submitted to CBER.  From 2014 through 2018, CBER received an average of 295

FOIA requests per year.  Over that same time period, CBER closed an average of 289 FOIA

requests per year.  Thus, although ALFOI had always been working at full capacity, CBER was

able to keep its FOIA queues relatively stable until recently.  From 2014 through2017, CBER

closed each calendar year with a backlog of fewer than 70 FOIA requests in its queue.

     21.     Beginning in 2019, CBER began to see a dramatic increase in the number of

FOIA requests it received.  That increase in volume has been exacerbated by requests related to

the COVID-19 global pandemic.  Between 2019 and 2021, CBER received an average of 443

FOIA requests per year.[2]  Many of these new requests, including the request at issue in this case,

have sought large amounts of data that have required significant resources to process.   As a

result, the number of requests pending in CBER's queue has increased dramatically in the last

several years – from 64 in 2017 to 459 as of November 26, 2021.  The following charts illustrate

the increase in FOIA requests CBER has received and the length of CBER's FOIA queue at the

end of each calendar year.

---

[2] This number includes requests received through November 26, 2021.  It is likely that the number of FOIA requests received in 2021 will increase once requests received between November 27, 2021 and the end of the year are accounted for.



***Figure 1:*** *Number of FOIA requests received by year. (2021 data includes only FOIA requests received as of November 26, 2021.)*



***Figure 2:*** *Number of pending FOIA requests pending in CBER at the end of each calendar year. (2018 value was taken from end of January 2019 because December 2018 data were unavailable due to government shutdown. 2021 value is current as of November 26, 2021.)*

22.     Of the 459 requests currently pending before CBER, approximately 329 were

received before Plaintiff's. Doubtless, many of those other FOIA requesters who submitted their

FOIA requests ahead of Plaintiff's would insist, similarly to Plaintiff here, that their requests are

9

critically important and need to be processed expeditiously.  But processing of other requests would be adversely impacted by any order requiring ALFOI to devote more of its scarce resources to this Plaintiff's request by processing it at a rate faster than 500 pages per month.

23.     In addition, there has been an uptick in the amount of FOIA litigation to which ALFOI has been required to respond.  There have been 12 lawsuits filed regarding requests pending before CBER between 2019 and the present; seven of those lawsuits are ongoing. Several of those pending lawsuits require periodic productions pursuant to production agreements and/or Court orders or are in preliminary stages of litigation prior to a production schedule being established.   In those other litigations, CBER is currently obligated to produce a minimum of a total of 950 pages of responsive records per month.  That obligation will increase to a total of approximately 1,500 pages per month beginning in January 2022 when productions in another litigation begin and may increase further if production schedules are ordered or modified in any active cases.

## ALFOI'S HANDLING OF PLAINTIFF'S REQUEST

24.     On August 27, 2021, FDA received Plaintiff's Request seeking "all data and information for the Pfizer Vaccine enumerated in 21 C.F.R. § 601.51(e) with the exception of publicly available reports on the Vaccine Adverse Events Reporting System."  The regulation cited in Plaintiff's Request, 21 C.F.R. § 601.51(e), is not a regulation that requires immediate disclosure of any information.  Rather, that regulation establishes how the agency will treat the confidentiality of  information in the biological product file at various times throughout the life cycle of a biological product.

25.     ALFOI interpreted Plaintiff's Request as a request for all publicly releasable information in the original biologics license application submitted by BioNTech-Pfizer for the

Comirnaty vaccine with internal file number STN 125742/0/0 ("original Comirnaty BLA"), as contemplated by 21 C.F.R. § 601.51(e).[3]  ALFOI searched FDA's internal system for maintaining BLA files and determined that the original Comirnaty BLA includes over 329,000 pages of records for which pages could feasibly be counted.  In addition to those 329,000 pages, the original Comirnaty BLA includes additional data files in a format similar to a spreadsheet for which a page count cannot readily be generated.   There are 126 of these data files in Section 5 of the original Comirnaty BLA alone, and there may be more in other sections.  Many of those data files themselves are very large, containing dozens of columns and over ten thousand rows of data.  The data files are in a format that requires specialized software to access.  ALFOI rarely reviews or produces these types of files, so they create additional processing limitations.  When ALFOI first discovered these files, it had to have special "reader" software installed on its computers that allowed it to view the files.  That software did not allow ALFOI to make redactions or edit the files.[4]  To address this limitation, ALFOI was able to obtain assistance from an FDA employee in a different part of the agency who was able to assist ALFOI with performing necessary conversions or making deletions in lieu of redactions.  But due to the very large size of these data files and ALFOI's limited experience processing them, ALFOI has

---

[3] FDA interpreted Plaintiff's Request to seek data and information from the original Comirnaty BLA because Plaintiff's Request seeks, "[a]ll data and information for the Pfizer Vaccine enumerated in 21 C.F.R. § 601.51(e)…" The title of 21 C.F.R. § 601.51 is "Confidentiality of data and information in applications for biologics licenses."  21 C.F.R. § 601.51.  Thus, FDA interpreted Plaintiff's Request to seek information from the application for biologics license (i.e., the original Comirnaty BLA).  If Plaintiff's Request were to be interpreted to incorporate other records related to the Comirnaty BLA, the size of its request – and thus the strain it would place on FDA's resources – would also increase.  For example, if BLA supplements, amendments, and product correspondence are included, the scope of Plaintiff's Request could expand by approximately 39,000 pages beyond FDA's initial estimate.  Similarly, if the investigational new drug applications were included, the scope of Plaintiff's Request would likely increase by tens of thousands of additional pages.
[4] Plaintiff has requested to receive the SAS files in their native format.  FDA customarily converts SAS files to PDF files because PDFs can be redacted to prevent the release of non-exempt information.  However, FDA is willing to produce SAS files to Plaintiff (if it is feasible for FDA to do so) with the parties' understanding that FDA may have to delete, rather than redact, exempt information from those files to prevent disclosure of exempted information.  If it is not feasible for FDA to produce in SAS format, it will first attempt to convert to Excel format and produce in that format if feasible before resorting to producing in PDF format.

App012

continued to encounter technical difficulties that have required consultation with information technology staff and slowed ALFOI's processing capabilities.

26.     Working through Department of Justice counsel, ALFOI has worked to negotiate a production schedule that would both be feasible for the agency and provide Plaintiff with the records it prioritized first.  As part of that process, FDA made an initial proposal to provide certain summary sections of the file that, in FDA's experience, are typically of most interest to requesters.  Plaintiff summarily rejected that proposal.  FDA continued to attempt to work with Plaintiff by next providing two separate breakdowns to Plaintiff, revealing the (non-confidential) titles of sections of the original Comirnaty BLA.  FDA provided these breakdowns in an attempt to assist Plaintiff in identifying which sections of the Comirnaty BLA it prioritized.  Alone, those breakdowns, which served as something analogous to an index to certain sections of the original biological license application, totaled nearly 90 pages.  Once subsequent discussions revealed that Plaintiff was most interested in Section 5.2 of the original Comirnaty BLA and the raw data contained in Section 5.3 of the original Comirnaty BLA, FDA searched its system for those sections to evaluate their size and scope.  FDA assessed that Sections 5.2 and 5.3 comprise more than 321,000 pages of records (plus additional data files) and requested that Plaintiff use the provided index to prioritize the production of certain records.

27.     From the index FDA provided, Plaintiff then submitted a list of priority items to FDA through government counsel by email on November 4, 2021.  Government counsel proposed that FDA process certain documents on Plaintiff's priority list by November 17 and December 1, 2021, with the parties to confer after December 1 regarding future productions.  Although Plaintiff rejected that offer, FDA nevertheless has been working to produce records from Plaintiff's priority list and has completed the proposed November 17 and December 1

productions.  Specifically:

- On November 17, 2021, FDA produced all publicly releasable information from the following:

  - ***A Portion of Plaintiff's priority item #5***

    - One .txt file; and

    - One SAS (data) file;[5]

  - ***A Portion of Plaintiff's priority item #6-*** From Section 5.2 of the Comirnaty original BLA 125742/0/0:

    - The Tabular Listing;

    - The Listing of Clinical Sites;

  - ***Plaintiff's priority item #8-*** The Reports of Postmarketing Experience from Section 5.3.6 of the BLA file.

- On December 1, 2021, FDA produced publicly releasable information from:

  - ***Completion of Plaintiff's priority item #6 -*** The remainder of section 5.2 of the original Comirnaty BLA.

- By December 13, 2021, ALFOI plans to produce publicly releasable information from:

  - ***Plaintiff's priority item #1-*** CRF files for site 1055 (~2,030 pages);

  - ***Completion of Plaintiff's priority item #5-***

    - Four additional .txt files that were listed on p. 10 of the index;

    - Four additional SAS files (not specifically listed on Plaintiff's priority list,

---

[5] In communications between FDA and Plaintiff, Plaintiff indicated that it was interested in obtaining "sample" SAS files, but none of the files Plaintiff identified in its priority list was an SAS file.  Instead, Plaintiff identified .txt files that included "SAS" in their file names.  In an attempt to provide Plaintiff with the information it requested, ALFOI produced one of the .txt files Plaintiff requested, as well as one xpt (SAS) file even though Plaintiff did not specifically prioritize any SAS files in its priority list.  As a result, ALFOI's November 17, 2021, production included more records than FDA initially proposed.

App014

but mentioned as something Plaintiff was interested in).

  o  Publicly releasable information from the following additional sections of the
     original Comirnaty BLA:

     ▪  Section 2.5 – Clinical Overview (~333 pages)

     ▪  Section 2.7.3 – Summary of Clinical Efficacy (~182 pages)

     ▪  Section 2.7.4 – Summary of Clinical Safety (~344 pages)

Thus, by the time of the Court's status conference on December 14, 2021, FDA anticipates that it will have produced to Plaintiff over 3,000 pages of responsive materials, most of which were listed on Plaintiff's priority list.

28.   Going forward, ALFOI expects to be able to produce the next three items on Plaintiff's priority list quickly, completing production on all of them before the end of January 2022.  ALFOI has begun its review of those records and determined that because they appear to contain less confidential information than average records, ALFOI will be able to review them at a pace faster than the average rate of 8 minutes per page.  As a result, ALFOI proposes to produce them to Plaintiffs according to the following schedule:

- By December 30, 2021, ALFOI plans to produce publicly releasable information from *Plaintiff's priority item #2* – CRF files for site 1081 (~3,380 pages);

- By January 18, 2022, ALFOI plans to produce publicly releasable information from *Plaintiff's priority item #3* – CRF files for site 1096 (~2,937 pages); and

- By January 31, 2022, ALFOI plans to produce publicly releasable information from *Plaintiff's priority item #4* – CRF files for site 1128 (~3,452 pages).

Thus, by the end of January 2022, FDA expects to have produced publicly releasable information from over 12,000 pages of records and 10 unpaginated .txt or SAS data files.  FDA will also

App015

have completed production of seven of the first eight items on the priority list Plaintiff provided to FDA on November 4, 2021.

29.    Following its January 31, 2022 production, ALFOI proposes to make one production at the end of each subsequent month totaling a minimum of 500 pages.[6]  To the extent feasible, ALFOI plans to continue to prioritize records from Plaintiff's priority list.  Although ALFOI proposes a minimum rate of 500 pages a month, ALFOI will produce records at a faster rate where feasible (such as with files like the CRF files discussed in the preceding paragraph). But ALFOI cannot guarantee that all records can be reviewed or produced at the rate that is possible for the CRF files.  That is because other types of records will likely include more confidential information, and thus more corresponding redactions, which will require more research and production time.  It is generally difficult to know whether particular records (or particular portions of a large record, such as an entire original BLA submission) will take more or less than the estimated eight minutes per page until reviewers have had an opportunity to perform at least a preliminary review of those records.  As discussed above, ALFOI estimates that it takes approximately eight minutes per page to review records for a FOIA production.  The CRF records discussed in paragraph 28 will take less time than that, but it is possible that other types of records will take longer than the estimated rate of eight minutes per page to review.

## PLAINTIFF'S PROPOSED PRODUCTION SCHEDULE

30.    In its portion of the November 15, 2021, joint report filed with this Court, Plaintiff requested that FDA be ordered to complete its response to Plaintiff's Request by March 3, 2022.  Although FDA values transparency and would like to make as much non-confidential

---

[6] For purposes of calculating a "page count" of data records that are not paginated, we propose considering twenty lines of spreadsheet data the equivalent of one page.  For example, production of a spreadsheet containing 2,000 lines of data would be counted the equivalent of a 100-page PDF record.

App016

information public as soon as possible, Plaintiff's proposed schedule is simply not feasible.

31.     There are 79 days (or approximately 11 weeks)  between the December 14, 2021, status conference and Plaintiff's proposed deadline of March 3, 2022.  As discussed above, CBER estimates that it takes approximately eight minutes per page to review responsive records.  *See*, *supra*, ¶ 18.  <u>ALFOI includes ten staff members – one branch chief and nine full-time staff members</u>.  *See*, *supra*, ¶ 4.   In an attempt to illustrate the challenges with producing approximately 329,000 pages plus data files by March 3, 2022, we have calculated the number of pages ALFOI can expect to produce in that time using an assumption *that each of those ten staff members*[7] *could allocate all of their review time*[8] over the next 11 weeks doing nothing but processing Plaintiff's request.  Even using those unrealistic assumptions, ALFOI would only expect to be able to produce about 25,410 pages by March 3, 2022.  ((10 staff members × 11 weeks × 30.8 hours/week × 60 minutes/hour)  ÷ 8 minutes/page = 25,410 pages) .  Thus at this hypothetical rate, which likely far exceeds what is feasible in reality, ALFOI could not reasonably be expected to produce even ten percent of what Plaintiff is asking this Court to order.

32.     And the rate assumed in the calculation in the paragraph above is not at all feasible in practice. In addition to the administrative limitations on staff time discussed in footnotes 7-8, the calculation assumes that ALFOI could devote *all* of its working time to this single request.  But that would require ALFOI to neglect the other 400+ FOIA requests in its

---

[7] <u>Not all staff members can contribute equally at this time.  As discussed above, ALFOI has two new staff members</u> who began working in ALFOI within the last four months.  Although those employees can productively work on reviewing records, the new staff members require more training and oversight.  Thus, their effective review rate can be expected to be slower than more senior staff.

[8] It is not reasonable to estimate that any staff member can spend a full forty hours per week performing substantive FOIA reviews.  Some time will necessarily be diverted to other tasks, such as administrative tasks (timekeeping, leave, training, etc.).  Thus, we approximate that each staff member can allocate 30.8 hours per week to performing substantive reviews.

App017

queue.  ALFOI would also need to ignore production schedules entered in other FOIA litigations involving CBER, putting the agency at risk of sanctions.  This is simply not feasible, and is unfair to other FOIA requesters, many of whom submitted their FOIA request before Plaintiff.

33.     I understand that Plaintiff has suggested that because FDA completed its review of the original Comirnaty BLA in 108 days, it must be feasible for FDA to review and produce all 329,000+ pages of the original Comirnaty BLA in a comparable time period.  Such a comparison of the substantive BLA review and the disclosure review is wholly inapt for several reasons.

34.     First, although both reviews require careful consideration of the information in the materials, the nature of the reviews are inherently different.  The substantive review requires analysis of the data collectively to evaluate the safety, potency, and purity of the biological product.  The disclosure review requires an individualized, line-by-line analysis of each discrete piece of information to evaluate, for example, whether the information may be trade secret or confidential commercial information or whether disclosure of the information could result in unwarranted invasion of personal privacy (in other words, whether the information is exempt from disclosure under FOIA).  As discussed above, the disclosure review often requires independent research and/or consultation to ensure that all confidential information is protected while all releasable information is disclosed.  Further, the review of large volumes of records adds a level of complexity, as reviewers must protect all instances of confidential information in a consistent manner across all records being produced.  The disclosure review also requires staff to carefully add redaction boxes that cover all exempt information but no releasable information.  Finally, there also needs to be a quality control check at the end of the review process to make sure that all redaction boxes that were intended to be made actually were made and applied and

17

that the exemption codes are correct.

35.    Second, in the face of a global pandemic unparalleled in recent memory, FDA marshaled all available resources to protect the public by ensuring that the public had access to all safe and effective medical products as soon as possible.  Specifically in CBER, more than 100 different people were involved in the review of the Comirnaty BLA.  Further, the sponsor (Pfizer-BioNtech) submitted data to FDA on a rolling basis, even in advance of the formal BLA submission, meaning that substantive data review occurred over a longer period than the 108 days Plaintiff notes.  By contrast, ALFOI has a total of ten staff members responsible for reviewing and responding to over 400 pending FOIA requests – not just Plaintiff's.  Any suggestion that FDA should be able to produce the original Comirnaty BLA in the same number of days it took to substantively review the file fails to account for these significant differences.

**CONCLUSION**

36.    CBER is committed to processing Plaintiff's Request as soon as practicable and has taken affirmative steps to do so.  However, given the many constraints posed by the agency's highly demanding workload, technical constraints, and workforce challenges stemming from the COVID-19 pandemic, it would be unduly burdensome for CBER to commit to processing Plaintiff's request at a rate higher than 500 pages per month.  If required to process Plaintiff's request at faster rate, FDA would likely need divert its employees from other duties, which could adversely impact the Agency's ability to respond to other document requests, cause FDA to miss its stipulated document processing deadlines in other matters, and thus, prejudice other requestors, including the many with requests that are ahead of Plaintiff's.  Thus, FDA's proposed schedule adequately balances the interests of the Plaintiff in responsive records with the interests of the vaccine sponsor in the protection of its confidential information, the interests of clinical

18

trial participants in the protection of their personal privacy information, and the interests of other

FOIA requesters whose requests are being processed alongside Plaintiff's.


      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.


Executed on December 6, 2021, in Bethesda, Maryland.


Suzann H. Burk -S

Digitally signed by Suzann H. Burk -S
DN: c=US, o=U.S. Government, ou=HHS,
ou=FDA, ou=People, cn=Suzann H. Burk -S,
0.9.2342.19200300.100.1.1=1300129983
Date: 2021.12.06 13:51:41 -05'00'

_____

Suzann Burk
Director
Division of Disclosure and Oversight Management,
Office of Communication, Outreach and
      Development
Center for Biologics Evaluation and Research
Food and Drug Administration
U.S. Department of Health and Human Resources

App020

# Exhibit B

◢  ☐ 0001 --> 125742/0.0 (Original Application) - Recd 2021-05-06 - DATS# 1067058
  ▶  ☐ 1 Administrative Information and Prescribing Information
  ▶  ☐ 2 Common Technical Document Summaries
  ▶  ☐ 4 Nonclinical Study Reports
  ◢  ☐ **5 Clinical Study Reports**
    ▶  ☐ 5.2 Tabular Listing of all Clinical Studies
    ▶  ☐ 5.3 Clinical Study Reports
    ▶  ☐ 5.4 Literature References

▶  ☐ 4 Nonclinical Study Reports
◢  ☐ **5 Clinical Study Reports**
  ◢  ☐ 5.2 Tabular Listing of all Clinical Studies
      ☐ [0001] Tabular Listing   | ~12 pages |
      ☐ [0001] Listing of Clinical Sites and CVs   | ~289 page |
  ▶  ☐ 5.3 Clinical Study Reports
  ▶  ☐ 5.4 Literature References



5.3.5



Expanded sections for the Phase 1 / 2 / 3 study are below





16. APPENDICES

16.1. Study Information

16.1.1 Protocol and/or Amendment

[0001] C4591001 - Final Analysis Interim Protocol or Amendment

[0001] C4591001 - Final Analysis Interim Independent Oversight Committees

[0001] C4591001 - Interim 6-Month Protocol or Amendment

[0001] C4591001 - Interim 6-Month Independent Oversight Committees

16.1.2 Sample CRF

[0001] C4591001 - Final Analysis Interim Sample Case Report Form

[0001] C4591001 - Interim 6-Month Sample Case Report Form

16.1.3 IEC and IRB and Consent Form Listings

[0001] C4591001 - Final Analysis Interim IEC IRB Consent Form List

[0001] C4591001 - Interim 6-Month IEC IRB Consent Form List

16.1.4 Description of Investigators and Sites

[0001] C4591001 - Final Analysis Interim List Description Investigator Site

[0001] C4591001 - Interim 6-Month List Description Investigator Site

16.1.5 Signatures of principal or coordinating investigator(s) or sponsor's responsible me

16.1.5 Signatures of principal or coordinating investigator(s) or sponsor's responsible medical

[0001] C4591001 - Final Analysis Interim Signatures Sponsors

[0001] C4591001 - Final Analysis Interim Signatures Investigators

[0001] C4591001 - Interim 6-Month Signatures Sponsors

[0001] C4591001 - Interim 6-Month Signatures Investigators

16.1.6 Listing of patients receiving test drug(s) from specified batch

[0001] C4591001 - Final Analysis Interim List Patients With Batches

[0001] C4591001 - Interim 6-Month List Patients With Batches

16.1.7 Randomisation Scheme

[0001] C4591001 - Final Analysis Interim Randomization Scheme

[0001] C4591001 - Final Analysis Interim Randomization Scheme (Sensitive)

[0001] C4591001 - Interim 6-Month Randomization Scheme (Sensitive)

[0001] C4591001 - Interim 6-Month Randomization Scheme

16.1.8 Audit Certificates or similar documentation

[0001] C4591001 - Final Analysis Interim Audit Certificates

[0001] C4591001 - Interim 6-Month Audit Certificates

16.1.9 Documentation of statistical methods and interim analysis plans

16.1.10 Documentation of Inter-laboratory Standardization Methods and Quality Assurance

16.1.9 Documentation of statistical methods and interim analysis plans

[0001] C4591001 - Final Analysis Interim Statistical Methods Analysis Plan

[0001] C4591001 - Interim 6-Month Statistical Methods Analysis Plan

16.1.10 Documentation of Inter-laboratory Standardization Methods and Quality Assurance

[0001] C4591001 - Final Analysis Interim Inter Laboratory Standardisation Methods Qualit

[0001] C4591001 - Interim 6-Month Inter Laboratory Standardisation Methods Quality Ass

16.1.11 Publications Based on the Study

[0001] C4591001 - Final Analysis Interim Publications Based on Study

[0001] C4591001 - Interim 6-Month Publications Based on Study

16.2. Patient Data Listings

16.2.1 Discontinued Patients Listing

[0001] C4591001 - Final Analysis Interim Discontinued Patients

[0001] C4591001 - Interim 6-Month Discontinued Patients

16.2.2 Protocol Deviation Listing

[0001] C4591001 - Final Analysis Interim Protocol Deviations

[0001] C4591001 - Final Analysis Interim Protocol Deviations (Sensitive)

[0001] C4591001 - Interim 6-Month Protocol Deviations

16.2.3 Patients Excluded from Efficacy Analysis Listing



16.2.3 Patients Excluded from Efficacy Analysis Listing

[0001] C4591001 - Final Analysis Interim Patients Excluded from Efficacy Analysis (Sensiti

[0001] C4591001 - Final Analysis Interim Patients Excluded from Efficacy Analysis

[0001] C4591001 - Interim 6-Month Patients Excluded from Efficacy Analysis (Sensitive)

[0001] C4591001 - Interim 6-Month Patients Excluded from Efficacy Analysis

16.2.4 Demographic Data Listing

[0001] C4591001 - Final Analysis Interim Demographic Data

[0001] C4591001 - Interim 6-Month Demographic Data

16.2.5 Compliance and/or Drug Concentration Data Listing

[0001] C4591001 - Final Analysis Interim Compliance and Drug Concentration Data (Sensi

[0001] C4591001 - Final Analysis Interim Compliance and Drug Concentration Data

[0001] C4591001 - Interim 6-Month Compliance and Drug Concentration Data (Sensitive)

[0001] C4591001 - Interim 6-Month Compliance and Drug Concentration Data

16.2.6 Individual Efficacy Response Data Listing

[0001] C4591001 - Final Analysis Interim Individual Efficacy Response Data

[0001] C4591001 - Interim 6-Month Individual Efficacy Response Data

16.2.7 File contains Adverse Event Listings

16.2.7 File contains Adverse Event Listings

[0001] C4591001 - Final Analysis Interim Adverse Event Listings

[0001] C4591001 - Interim 6-Month Adverse Event Listings

[0001] C4591001 - Interim 6-Month Adverse Event Listings (Sensitive)

16.2.8 Individual Laboratory Measurements Listed by Patient

[0001] C4591001 - Final Analysis Interim Listing Individual Laboratory Measurements

[0001] C4591001 - Final Analysis Interim Listing Individual Laboratory Measurements (Sensitiv

[0001] C4591001 - Interim 6-Month Listing Individual Laboratory Measurements (Sensitive)

Datasets

Analysis Datasets



◢   📁 Datasets
◢   📁 Analysis Datasets
◢   📁 Analysis Datasets (Legacy)
📄 **[0001] Annotated Case Report Form - Suppl**
◢   📁 Analysis Datasets (ADaM)
📄 [0001] Analysis Data Reviewers Guide
📄 [0001] Analysis Dataset Definition
📄 [0001] Analysis Dataset Definition Stylesheet
📄 [0001] bmi-12-15-scale - PDF
📄 [0001] bmi-12-15-scale - XLSX
📄 [0001] c4591001-phase-1-subjects-from-dmw - PDF

📄 [0001] c4591001-phase-1-subjects-from-dmw - PDF
📄 [0001] c4591001-phase-1-subjects-from-dmw - XLSX
📄 [0001] c4591001-subject-list-for-12-25-immuno-analysis-27jan2021 - PDF
📄 [0001] c4591001-subject-list-for-12-25-immuno-analysis-27jan2021 - XLSX
📄 [0001] comorbidity-categories - PDF
📄 [0001] comorbidity-categories - XLSX
📄 [0001] first-c4591001-360-participants-enrolled-v1-13aug2020-update - PDF
📄 [0001] first-c4591001-360-participants-enrolled-v1-13aug2020-update - XLSX
📄 [0001] newlist-c4591001-6k-participants-enrolled-v3-17sep2020 - PDF
📄 [0001] newlist-c4591001-6k-participants-enrolled-v3-17sep2020 - XLSX
📄 [0001] report-cci-aids-hiv - PDF
📄 [0001] report-cci-aids-hiv - XLSX
📄 [0001] report-cci-any-malignancy - PDF
📄 [0001] report-cci-any-malignancy - XLSX
📄 [0001] report-cci-cerebrovascular - PDF
📄 [0001] report-cci-cerebrovascular - XLSX
📄 [0001] report-cci-chf - PDF
📄 [0001] report-cci-chf - XLSX

[0001] report-cci-chf - XLSX

[0001] report-cci-dementia - PDF

[0001] report-cci-dementia - XLSX

[0001] report-cci-diabetes-with-comp - PDF

[0001] report-cci-diabetes-with-comp - XLSX

[0001] report-cci-diabetes-without-comp - PDF

[0001] report-cci-diabetes-without-comp - XLSX

[0001] report-cci-hemiplegia - PDF

[0001] report-cci-hemiplegia - XLSX

[0001] report-cci-leukemia - PDF

[0001] report-cci-leukemia - XLSX

[0001] report-cci-lymphoma - PDF

[0001] report-cci-lymphoma - XLSX

[0001] report-cci-metastatic-tumour - PDF

[0001] report-cci-metastatic-tumour - XLSX

[0001] report-cci-mi - PDF

[0001] report-cci-mi - XLSX

[0001] report-cci-mild-liver - PDF

[0001] report-cci-mild-liver - PDF

[0001] report-cci-mild-liver - XLSX

[0001] report-cci-mod-sev-liver - PDF

[0001] report-cci-mod-sev-liver - XLSX

[0001] report-cci-peptic-ulcer - PDF

[0001] report-cci-peptic-ulcer - XLSX

[0001] report-cci-periph-vasc - PDF

[0001] report-cci-periph-vasc - XLSX

[0001] report-cci-pulmonary - PDF

[0001] report-cci-pulmonary - XLSX

[0001] report-cci-renal - PDF

[0001] report-cci-renal - XLSX

[0001] report-cci-rheumatic - PDF

[0001] report-cci-rheumatic - XLSX

[0001] 201114-hiv-preferred-terms - PDF

[0001] 201114-hiv-preferred-terms - XLSX

[0001] Analysis Dataset Definition - Suppl

[0001] Analysis Dataset Definition Stylesheet - Suppl

[0001] Analysis Dataset Definition Stylesheet - Suppl

▲ 🗋 Datasets
- 🗋 [0001] adae
- 🗋 [0001] adc19ef
- 🗋 [0001] adcevd
- 🗋 [0001] adcm
- 🗋 [0001] adds
- 🗋 [0001] addv
- 🗋 [0001] adfacevd
- 🗋 [0001] admh
- 🗋 [0001] adsl
- 🗋 [0001] adsympt
- 🗋 [0001] adva
- 🗋 [0001] adae - Suppl
- 🗋 [0001] adcevd - Suppl
- 🗋 [0001] adfacevd - Suppl
- 🗋 [0001] adsl - Suppl

▲ 🗋 Program Files



◢ 📖 Program Files

    📄 [0001] adae-s091-all-pd2-p3-saf1-sas

    📄 [0001] adae-s091-all-pd2-p3-saf2-sas

    📄 [0001] adae-s092-all-unb-p3-saf-sas

    📄 [0001] adae-s092-cr-cut-p3x-saf-sas

    📄 [0001] adae-sas

    📄 [0001] adae-vax-tier2-p3-saf-sas

    📄 [0001] adc19ef-sas

    📄 [0001] adc19ef-ve-cov-7pd2-eval-sas

    📄 [0001] adc19ef-ve-cov-7pd2-sg-eval-sas

    📄 [0001] adc19ef-ve-cov-7pd2-wo-eval-sas

    📄 [0001] adc19ef-ve-cov-7pd2-wo-sg-eval-sas

    📄 [0001] adc19ef-ve-sev-cov-7pd2-eval-sas

    📄 [0001] adc19ef-ve-sev-cov-7pd2-wo-eval-sas

    📄 [0001] adc19ef-ve-sev-cov-pd1-aai-sas

    📄 [0001] adce-s010-lr-p3-saf-sas

    📄 [0001] adce-s020-se-p3-saf-sas

    📄 [0001] adcevd-sas

    📄 [0001] adcm-sas



[0001] adce-s010-lr-p3-saf-sas

[0001] adce-s020-se-p3-saf-sas

[0001] adcevd-sas

[0001] adcm-sas

[0001] adds-s002-all-p3-rand-sas

[0001] adds-sas

[0001] addv-sas

[0001] adfacevd-sas

[0001] admh-sas

[0001] adsl-demo-7d-eval-eff-sas

[0001] adsl-demo-7d-wwo-eval-eff-sas

[0001] adsl-fu-d2-p3-saf-sas

[0001] adsl-s005-demo-all-p3-saf-sas

[0001] adsl-sas

[0001] adsympt-sas

[0001] adva-sas

Tabulation Datasets

CRF's



Tabulation Datasets

Tabulation Datasets (Legacy)

[0001] Supplemental Analysis Reviewer Guide - Suppl

[0001] Roadmap for SDTM Dataset Updates - Suppl

[0001] Summary of Differences (CSR vs Update) - Suppl

[0001] Updated Reactogenicity TLFs - Suppl

[0001] Final Reactogenicity Tables (Track Changes) - Suppl

[0001] Data Tabulation Data Definition - Suppl

[0001] Data Tabulation Data Definition Stylesheet - Suppl

Tabulation Datasets (SDTM)

[0001] Clinical Study Data Reviewers Guide

[0001] Data Tabulation Data Definition

[0001] Data Tabulation Data Definition Stylesheet

[0001] Annotated Case Report Form

Datasets

CRF's



[0001] lb
[0001] mb
[0001] mh
[0001] mo
[0001] pe
[0001] pr
[0001] relrec
[0001] se
[0001] suppae
[0001] suppce
[0001] suppcm
[0001] suppdm
[0001] suppds
[0001] suppdv
[0001] suppec
[0001] suppex
[0001] suppface
[0001] suppho
[0001] suppie

- [0001] suppie
- [0001] suppis
- [0001] supplb
- [0001] suppmb
- [0001] suppmh
- [0001] suppmo
- [0001] supppe
- [0001] supppr
- [0001] suppvs
- [0001] sv
- [0001] ta
- [0001] te
- [0001] ti
- [0001] ts
- [0001] tv
- [0001] vs
- [0001] ae - Suppl
- [0001] ce - Suppl
- [0001] dm - Suppl



- [0001] dm - Suppl
- [0001] ex - Suppl
- [0001] face - Suppl
- [0001] relrec - Suppl
- [0001] suppae - Suppl
- [0001] suppce - Suppl
- [0001] suppface - Suppl
- [0001] suppvs - Suppl
- [0001] vs - Suppl

▲ CRF's
  ▲ 16.3 CRFs of Site
    - [0001] C4591001 1001 10011093
    - [0001] C4591001 1001 10011100
    - [0001] C4591001 1001 10011135
  ▲ 16.3 CRFs of Site
    - [0001] C4591001 1003 10031038
    - [0001] C4591001 1003 10031065
    - [0001] C4591001 1003 10031111

[0001] C4591001 1003 10031111

[0001] C4591001 1003 10031113

[0001] C4591001 1003 10031149

[0001] C4591001 1003 10031186

[0001] C4591001 1003 10031197

[0001] C4591001 1003 10031207

16.3 CRFs of Site

[0001] C4591001 1005 10051047

[0001] C4591001 1005 10051054

[0001] C4591001 1005 10051069

[0001] C4591001 1005 10051214

[0001] C4591001 1005 10051293

[0001] C4591001 1005 10051347

[0001] C4591001 1005 10051387

[0001] C4591001 1005 10051411

16.3 CRFs of Site

[0001] C4591001 1006 10061020

[0001] C4591001 1006 10061040

[0001] C4591001 1006 10061040

[0001] C4591001 1006 10061052

[0001] C4591001 1006 10061094

[0001] C4591001 1006 10061098

[0001] C4591001 1006 10061176

16.3 CRFs of Site

[0001] C4591001 1007 10071050

[0001] C4591001 1007 10071097

[0001] C4591001 1007 10071101

[0001] C4591001 1007 10071117

[0001] C4591001 1007 10071124

[0001] C4591001 1007 10071159

[0001] C4591001 1007 10071192

[0001] C4591001 1007 10071276

[0001] C4591001 1007 10071280

[0001] C4591001 1007 10071306

[0001] C4591001 1007 10071315

[0001] C4591001 1007 10071347

[0001] C4591001 1007 10071347

[0001] C4591001 1007 10071441

[0001] C4591001 1007 10071443

16.3 CRFs of Site

[0001] C4591001 1008 10081056

[0001] C4591001 1008 10081152

[0001] C4591001 1008 10081184

[0001] C4591001 1008 10081337

[0001] C4591001 1008 10081603

[0001] C4591001 1008 10081628

[0001] C4591001 1008 10081667

16.3 CRFs of Site

[0001] C4591001 1009 10091123

[0001] C4591001 1009 10091128

[0001] C4591001 1009 10091135

[0001] C4591001 1009 10091149

16.3 CRFs of Site

[0001] C4591001 1011 10111029

16.3 CRFs of Site
- [0001] C4591001 1011 10111029
- [0001] C4591001 1011 10111181

16.3 CRFs of Site
- [0001] C4591001 1012 10121097
- [0001] C4591001 1012 10121112
- [0001] C4591001 1012 10121163

16.3 CRFs of Site
- [0001] C4591001 1013 10131084
- [0001] C4591001 1013 10131089
- [0001] C4591001 1013 10131165
- [0001] C4591001 1013 10131176
- [0001] C4591001 1013 10131190
- [0001] C4591001 1013 10131229
- [0001] C4591001 1013 10131255
- [0001] C4591001 1013 10131386
- [0001] C4591001 1013 10131517
- [0001] C4591001 1013 10131554

[0001] C4591001 1013 10131653
[0001] C4591001 1013 10131656
[0001] C4591001 1013 10131658
[0001] C4591001 1013 10131699
[0001] C4591001 1013 10131718
[0001] C4591001 1013 10131786

16.3 CRFs of Site

[0001] C4591001 1015 10151011
[0001] C4591001 1015 10151035
[0001] C4591001 1015 10151047
[0001] C4591001 1015 10151071
[0001] C4591001 1015 10151089
[0001] C4591001 1015 10151101
[0001] C4591001 1015 10151134
[0001] C4591001 1015 10151225
[0001] C4591001 1015 10151238

16.3 CRFs of Site

[0001] C4591001 1016 10161042



16.3 CRFs of Site

[0001] C4591001 1016 10161042

[0001] C4591001 1016 10161087

[0001] C4591001 1016 10161103

[0001] C4591001 1016 10161120

[0001] C4591001 1016 10161128

[0001] C4591001 1016 10161199

[0001] C4591001 1016 10161265

[0001] C4591001 1016 10161277

[0001] C4591001 1016 10161289

16.3 CRFs of Site

[0001] C4591001 1018 10181031

[0001] C4591001 1018 10181090

[0001] C4591001 1018 10181111

[0001] C4591001 1018 10181132

[0001] C4591001 1018 10181159

16.3 CRFs of Site

[0001] C4591001 1019 10191002



16.3 CRFs of Site
- [0001] C4591001 1019 10191002
- [0001] C4591001 1019 10191010
- [0001] C4591001 1019 10191021
- [0001] C4591001 1019 10191037
- [0001] C4591001 1019 10191071
- [0001] C4591001 1019 10191145
- [0001] C4591001 1019 10191146
- [0001] C4591001 1019 10191215
- [0001] C4591001 1019 10191226
- [0001] C4591001 1019 10191229
- [0001] C4591001 1019 10191254

16.3 CRFs of Site
- [0001] C4591001 1021 10211044
- [0001] C4591001 1021 10211081
- [0001] C4591001 1021 10211084
- [0001] C4591001 1021 10211127
- [0001] C4591001 1021 10211181

- [0001] C4591001 1021 10211181
- [0001] C4591001 1021 10211190
- 16.3 CRFs of Site
  - [0001] C4591001 1022 10221024
  - [0001] C4591001 1022 10221053
  - [0001] C4591001 1022 10221108
  - [0001] C4591001 1022 10221142
  - [0001] C4591001 1022 10221164
- 16.3 CRFs of Site
  - [0001] C4591001 1027 10271054
  - [0001] C4591001 1027 10271105
  - [0001] C4591001 1027 10271191
- 16.3 CRFs of Site
  - [0001] C4591001 1028 10281003
  - [0001] C4591001 1028 10281028
  - [0001] C4591001 1028 10281033
  - [0001] C4591001 1028 10281059
  - [0001] C4591001 1028 10281060

[0001] C4591001 1028 10281060

[0001] C4591001 1028 10281083

[0001] C4591001 1028 10281205

[0001] C4591001 1028 10281283

16.3 CRFs of Site

[0001] C4591001 1030 10301059

[0001] C4591001 1030 10301110

16.3 CRFs of Site

[0001] C4591001 1036 10361140

16.3 CRFs of Site

[0001] C4591001 1037 10371052

[0001] C4591001 1037 10371141

[0001] C4591001 1037 10371214

[0001] C4591001 1037 10371318

16.3 CRFs of Site

[0001] C4591001 1038 10381050

[0001] C4591001 1038 10381051

[0001] C4591001 1038 10381101



[0001] C4591001 1038 10381101

16.3 CRFs of Site

[0001] C4591001 1039 10391010

[0001] C4591001 1039 10391012

[0001] C4591001 1039 10391038

[0001] C4591001 1039 10391039

[0001] C4591001 1039 10391075

[0001] C4591001 1039 10391120

16.3 CRFs of Site

[0001] C4591001 1042 10421023

[0001] C4591001 1042 10421034

[0001] C4591001 1042 10421129

[0001] C4591001 1042 10421166

[0001] C4591001 1042 10421217

[0001] C4591001 1042 10421259

16.3 CRFs of Site

[0001] C4591001 1044 10441093

[0001] C4591001 1044 10441111

[0001] C4591001 1044 10441111

[0001] C4591001 1044 10441139

[0001] C4591001 1044 10441152

[0001] C4591001 1044 10441163

[0001] C4591001 1044 10441194

16.3 CRFs of Site

[0001] C4591001 1046 10461009

[0001] C4591001 1046 10461046

[0001] C4591001 1046 10461118

[0001] C4591001 1046 10461175

16.3 CRFs of Site

[0001] C4591001 1047 10471012

[0001] C4591001 1047 10471114

[0001] C4591001 1047 10471189

[0001] C4591001 1047 10471194

[0001] C4591001 1047 10471252

[0001] C4591001 1047 10471254

[0001] C4591001 1047 10471290

- [0001] C4591001 1047 10471290
- [0001] C4591001 1047 10471318
- 16.3 CRFs of Site
  - [0001] C4591001 1048 10481032
  - [0001] C4591001 1048 10481088
  - [0001] C4591001 1048 10481104
- 16.3 CRFs of Site
  - [0001] C4591001 1052 10521172
- 16.3 CRFs of Site
  - [0001] C4591001 1054 10541067
  - [0001] C4591001 1054 10541168
  - [0001] C4591001 1054 10541173
  - [0001] C4591001 1054 10541186
- 16.3 CRFs of Site
  - [0001] C4591001 1055 10551006
  - [0001] C4591001 1055 10551012
  - [0001] C4591001 1055 10551084
  - [0001] C4591001 1055 10551092

- [0001] C4591001 1055 10551092
- [0001] C4591001 1055 10551094
- [0001] C4591001 1055 10551128
- [0001] C4591001 1055 10551139
- [0001] C4591001 1055 10551145
- [0001] C4591001 1055 10551153
- [0001] C4591001 1055 10551176
- [0001] C4591001 1055 10551182

16.3 CRFs of Site
- [0001] C4591001 1056 10561022

16.3 CRFs of Site
- [0001] C4591001 1057 10571052
- [0001] C4591001 1057 10571065
- [0001] C4591001 1057 10571137
- [0001] C4591001 1057 10571188
- [0001] C4591001 1057 10571327

16.3 CRFs of Site
- [0001] C4591001 1066 10661202

16.3 CRFs of Site
- [0001] C4591001 1066 10661202
- [0001] C4591001 1066 10661242
- [0001] C4591001 1066 10661350

16.3 CRFs of Site
- [0001] C4591001 1068 10681066
- [0001] C4591001 1068 10681079
- [0001] C4591001 1068 10681091
- [0001] C4591001 1068 10681111

16.3 CRFs of Site
- [0001] C4591001 1071 10711023
- [0001] C4591001 1071 10711169
- [0001] C4591001 1071 10711171
- [0001] C4591001 1071 10711172

16.3 CRFs of Site
- [0001] C4591001 1072 10721007
- [0001] C4591001 1072 10721037
- [0001] C4591001 1072 10721064



[0001] C4591001 1072 10721064

16.3 CRFs of Site

[0001] C4591001 1077 10771049

[0001] C4591001 1077 10771137

[0001] C4591001 1077 10771188

[0001] C4591001 1077 10771194

[0001] C4591001 1077 10771226

16.3 CRFs of Site

[0001] C4591001 1079 10791004

[0001] C4591001 1079 10791044

[0001] C4591001 1079 10791076

[0001] C4591001 1079 10791183

[0001] C4591001 1079 10791199

[0001] C4591001 1079 10791228

[0001] C4591001 1079 10791246

16.3 CRFs of Site

[0001] C4591001 1080 10801006

[0001] C4591001 1080 10801013



16.3 CRFs of Site
- [0001] C4591001 1080 10801006
- [0001] C4591001 1080 10801013
- [0001] C4591001 1080 10801035
- [0001] C4591001 1080 10801059
- [0001] C4591001 1080 10801152

16.3 CRFs of Site
- [0001] C4591001 1081 10811026
- [0001] C4591001 1081 10811030
- [0001] C4591001 1081 10811036
- [0001] C4591001 1081 10811045
- [0001] C4591001 1081 10811046
- [0001] C4591001 1081 10811048
- [0001] C4591001 1081 10811061
- [0001] C4591001 1081 10811090
- [0001] C4591001 1081 10811102
- [0001] C4591001 1081 10811110
- [0001] C4591001 1081 10811135

[0001] C4591001 1081 10811135

[0001] C4591001 1081 10811170

[0001] C4591001 1081 10811179

[0001] C4591001 1081 10811194

16.3 CRFs of Site

[0001] C4591001 1082 10821076

[0001] C4591001 1082 10821083

[0001] C4591001 1082 10821094

[0001] C4591001 1082 10821149

16.3 CRFs of Site

[0001] C4591001 1083 10831023

[0001] C4591001 1083 10831029

[0001] C4591001 1083 10831050

[0001] C4591001 1083 10831060

[0001] C4591001 1083 10831124

[0001] C4591001 1083 10831162

[0001] C4591001 1083 10831173

[0001] C4591001 1083 10831194



[0001] C4591001 1083 10831194

16.3 CRFs of Site

[0001] C4591001 1084 10841141

[0001] C4591001 1084 10841219

[0001] C4591001 1084 10841266

[0001] C4591001 1084 10841317

[0001] C4591001 1084 10841470

[0001] C4591001 1084 10841480

[0001] C4591001 1084 10841538

16.3 CRFs of Site

[0001] C4591001 1085 10851018

[0001] C4591001 1085 10851116

[0001] C4591001 1085 10851129

[0001] C4591001 1085 10851216

[0001] C4591001 1085 10851246

16.3 CRFs of Site

[0001] C4591001 1087 10871029

[0001] C4591001 1087 10871070

[0001] C4591001 1087 10871070

[0001] C4591001 1087 10871121

[0001] C4591001 1087 10871150

[0001] C4591001 1087 10871152

[0001] C4591001 1087 10871191

[0001] C4591001 1087 10871228

[0001] C4591001 1087 10871266

[0001] C4591001 1087 10871286

[0001] C4591001 1087 10871289

[0001] C4591001 1087 10871354

[0001] C4591001 1087 10871355

[0001] C4591001 1087 10871557

16.3 CRFs of Site

[0001] C4591001 1088 10881126

[0001] C4591001 1088 10881139

[0001] C4591001 1088 10881220

16.3 CRFs of Site

[0001] C4591001 1089 10891042



16.3 CRFs of Site
    [0001] C4591001 1089 10891042
    [0001] C4591001 1089 10891065
    [0001] C4591001 1089 10891073
    [0001] C4591001 1089 10891088
    [0001] C4591001 1089 10891150
    [0001] C4591001 1089 10891181
    [0001] C4591001 1089 10891182
    [0001] C4591001 1089 10891273
    [0001] C4591001 1089 10891289
16.3 CRFs of Site
    [0001] C4591001 1090 10901099
    [0001] C4591001 1090 10901140
    [0001] C4591001 1090 10901175
    [0001] C4591001 1090 10901187
    [0001] C4591001 1090 10901300
    [0001] C4591001 1090 10901354
    [0001] C4591001 1090 10901384

- [0001] C4591001 1090 10901384
- [0001] C4591001 1090 10901394
- [0001] C4591001 1090 10901415
- [0001] C4591001 1090 10901486
- [0001] C4591001 1090 10901492
- [0001] C4591001 1090 10901507
- [0001] C4591001 1090 10901536

16.3 CRFs of Site

- [0001] C4591001 1091 10911002
- [0001] C4591001 1091 10911170
- [0001] C4591001 1091 10911197
- [0001] C4591001 1091 10911213
- [0001] C4591001 1091 10911247
- [0001] C4591001 1091 10911274
- [0001] C4591001 1091 10911297
- [0001] C4591001 1091 10911299
- [0001] C4591001 1091 10911300

16.3 CRFs of Site



16.3 CRFs of Site

[0001] C4591001 1092 10921010

[0001] C4591001 1092 10921015

[0001] C4591001 1092 10921021

[0001] C4591001 1092 10921048

[0001] C4591001 1092 10921120

[0001] C4591001 1092 10921123

[0001] C4591001 1092 10921187

[0001] C4591001 1092 10921208

16.3 CRFs of Site

[0001] C4591001 1093 10931058

[0001] C4591001 1093 10931067

[0001] C4591001 1093 10931128

[0001] C4591001 1093 10931141

16.3 CRFs of Site

[0001] C4591001 1094 10941112

[0001] C4591001 1094 10941155

16.3 CRFs of Site

[0001] C4591001 1095 10951009

16.3 CRFs of Site

- [0001] C4591001 1095 10951009
- [0001] C4591001 1095 10951080
- [0001] C4591001 1095 10951101
- [0001] C4591001 1095 10951107
- [0001] C4591001 1095 10951125
- [0001] C4591001 1095 10951134
- [0001] C4591001 1095 10951141
- [0001] C4591001 1095 10951173
- [0001] C4591001 1095 10951180
- [0001] C4591001 1095 10951197
- [0001] C4591001 1095 10951204
- [0001] C4591001 1095 10951206
- [0001] C4591001 1095 10951228
- [0001] C4591001 1095 10951256

16.3 CRFs of Site

- [0001] C4591001 1096 10961017
- [0001] C4591001 1096 10961031
- [0001] C4591001 1096 10961036

[0001] C4591001 1096 10961036

[0001] C4591001 1096 10961044

[0001] C4591001 1096 10961056

[0001] C4591001 1096 10961062

[0001] C4591001 1096 10961181

[0001] C4591001 1096 10961278

[0001] C4591001 1096 10961355

16.3 CRFs of Site

[0001] C4591001 1097 10971011

[0001] C4591001 1097 10971017

[0001] C4591001 1097 10971023

[0001] C4591001 1097 10971025

[0001] C4591001 1097 10971026

[0001] C4591001 1097 10971031

[0001] C4591001 1097 10971061

[0001] C4591001 1097 10971064

[0001] C4591001 1097 10971084

[0001] C4591001 1097 10971087

16.3 CRFs of Site

16.3 CRFs of Site
- [0001] C4591001 1098 10981024

16.3 CRFs of Site
- [0001] C4591001 1101 11011115

16.3 CRFs of Site
- [0001] C4591001 1107 11071031
- [0001] C4591001 1107 11071044
- [0001] C4591001 1107 11071065
- [0001] C4591001 1107 11071116
- [0001] C4591001 1107 11071191
- [0001] C4591001 1107 11071196

16.3 CRFs of Site
- [0001] C4591001 1109 11091036
- [0001] C4591001 1109 11091074
- [0001] C4591001 1109 11091084
- [0001] C4591001 1109 11091111
- [0001] C4591001 1109 11091164
- [0001] C4591001 1109 11091204
- [0001] C4591001 1109 11091269

- [0001] C4591001 1109 11091269
- [0001] C4591001 1109 11091276
- [0001] C4591001 1109 11091284
- [0001] C4591001 1109 11091387
- [0001] C4591001 1109 11091415
- [0001] C4591001 1109 11091448
- [0001] C4591001 1109 11091503
- [0001] C4591001 1109 11091558

16.3 CRFs of Site

- [0001] C4591001 1110 11101031
- [0001] C4591001 1110 11101160
- [0001] C4591001 1110 11101164
- [0001] C4591001 1110 11101165
- [0001] C4591001 1110 11101176
- [0001] C4591001 1110 11101187
- [0001] C4591001 1110 11101220
- [0001] C4591001 1110 11101236
- [0001] C4591001 1110 11101271
- [0001] C4591001 1110 11101302



[0001] C4591001 1110 11101302
[0001] C4591001 1110 11101321
[0001] C4591001 1110 11101367
16.3 CRFs of Site
[0001] C4591001 1111 11111010
[0001] C4591001 1111 11111011
[0001] C4591001 1111 11111016
[0001] C4591001 1111 11111092
[0001] C4591001 1111 11111095
[0001] C4591001 1111 11111099
[0001] C4591001 1111 11111103
[0001] C4591001 1111 11111109
[0001] C4591001 1111 11111130
[0001] C4591001 1111 11111139
[0001] C4591001 1111 11111193
16.3 CRFs of Site
[0001] C4591001 1112 11121118
[0001] C4591001 1112 11121122
[0001] C4591001 1112 11121193

- [0001] C4591001 1112 11121193
- [0001] C4591001 1112 11121255
- [0001] C4591001 1112 11121301
- [0001] C4591001 1112 11121337

16.3 CRFs of Site
- [0001] C4591001 1114 11141006
- [0001] C4591001 1114 11141050
- [0001] C4591001 1114 11141075
- [0001] C4591001 1114 11141080

16.3 CRFs of Site
- [0001] C4591001 1116 11161045
- [0001] C4591001 1116 11161059
- [0001] C4591001 1116 11161131
- [0001] C4591001 1116 11161160
- [0001] C4591001 1116 11161198
- [0001] C4591001 1116 11161224
- [0001] C4591001 1116 11161253

16.3 CRFs of Site
- [0001] C4591001 1117 11171036



16.3 CRFs of Site

   [0001] C4591001 1117 11171036

   [0001] C4591001 1117 11171058

   [0001] C4591001 1117 11171079

   [0001] C4591001 1117 11171086

   [0001] C4591001 1117 11171088

   [0001] C4591001 1117 11171121

   [0001] C4591001 1117 11171141

   [0001] C4591001 1117 11171146

   [0001] C4591001 1117 11171167

   [0001] C4591001 1117 11171186

16.3 CRFs of Site

   [0001] C4591001 1118 11181013

   [0001] C4591001 1118 11181031

   [0001] C4591001 1118 11181044

   [0001] C4591001 1118 11181057

   [0001] C4591001 1118 11181074

   [0001] C4591001 1118 11181123

16.3 CRFs of Site

- 16.3 CRFs of Site
  - [0001] C4591001 1120 11201002
  - [0001] C4591001 1120 11201050
  - [0001] C4591001 1120 11201059
  - [0001] C4591001 1120 11201127
  - [0001] C4591001 1120 11201266
  - [0001] C4591001 1120 11201350
  - [0001] C4591001 1120 11201432
- 16.3 CRFs of Site
  - [0001] C4591001 1121 11211112
- 16.3 CRFs of Site
  - [0001] C4591001 1122 11221026
  - [0001] C4591001 1122 11221051
  - [0001] C4591001 1122 11221053
- 16.3 CRFs of Site
  - [0001] C4591001 1123 11231204
  - [0001] C4591001 1123 11231381
- 16.3 CRFs of Site
  - [0001] C4591001 1124 11241106

[0001] C4591001 1124 11241106

[0001] C4591001 1124 11241128

[0001] C4591001 1124 11241207

[0001] C4591001 1124 11241223

16.3 CRFs of Site

[0001] C4591001 1125 11251014

[0001] C4591001 1125 11251020

[0001] C4591001 1125 11251154

[0001] C4591001 1125 11251243

16.3 CRFs of Site

[0001] C4591001 1126 11261017

[0001] C4591001 1126 11261244

16.3 CRFs of Site

[0001] C4591001 1127 11271023

[0001] C4591001 1127 11271112

16.3 CRFs of Site

[0001] C4591001 1128 11281009

[0001] C4591001 1128 11281014

[0001] C4591001 1128 11281103

[0001] C4591001 1128 11281103

[0001] C4591001 1128 11281123

[0001] C4591001 1128 11281138

[0001] C4591001 1128 11281153

[0001] C4591001 1128 11281192

[0001] C4591001 1128 11281198

[0001] C4591001 1128 11281241

[0001] C4591001 1128 11281250

[0001] C4591001 1128 11281267

[0001] C4591001 1128 11281296

[0001] C4591001 1128 11281359

16.3 CRFs of Site

[0001] C4591001 1129 11291005

[0001] C4591001 1129 11291032

[0001] C4591001 1129 11291037

[0001] C4591001 1129 11291045

[0001] C4591001 1129 11291046

[0001] C4591001 1129 11291059

[0001] C4591001 1129 11291074

[0001] C4591001 1129 11291074

[0001] C4591001 1129 11291095

[0001] C4591001 1129 11291127

[0001] C4591001 1129 11291138

[0001] C4591001 1129 11291161

[0001] C4591001 1129 11291166

[0001] C4591001 1129 11291183

[0001] C4591001 1129 11291260

16.3 CRFs of Site

[0001] C4591001 1130 11301031

[0001] C4591001 1130 11301081

16.3 CRFs of Site

[0001] C4591001 1131 11311021

[0001] C4591001 1131 11311067

[0001] C4591001 1131 11311094

[0001] C4591001 1131 11311095

[0001] C4591001 1131 11311100

[0001] C4591001 1131 11311140

[0001] C4591001 1131 11311145

- [0001] C4591001 1131 11311145
- [0001] C4591001 1131 11311151
- [0001] C4591001 1131 11311161
- [0001] C4591001 1131 11311204
- [0001] C4591001 1131 11311216
- [0001] C4591001 1131 11311222

16.3 CRFs of Site

- [0001] C4591001 1133 11331006
- [0001] C4591001 1133 11331147
- [0001] C4591001 1133 11331207
- [0001] C4591001 1133 11331317
- [0001] C4591001 1133 11331537
- [0001] C4591001 1133 11331640

16.3 CRFs of Site

- [0001] C4591001 1134 11341019
- [0001] C4591001 1134 11341058
- [0001] C4591001 1134 11341085
- [0001] C4591001 1134 11341153
- [0001] C4591001 1134 11341174

[0001] C4591001 1134 11341174

[0001] C4591001 1134 11341250

[0001] C4591001 1134 11341327

[0001] C4591001 1134 11341378

[0001] C4591001 1134 11341432

16.3 CRFs of Site

[0001] C4591001 1135 11351033

[0001] C4591001 1135 11351143

[0001] C4591001 1135 11351257

[0001] C4591001 1135 11351265

[0001] C4591001 1135 11351368

[0001] C4591001 1135 11351434

[0001] C4591001 1135 11351563

16.3 CRFs of Site

[0001] C4591001 1136 11361029

[0001] C4591001 1136 11361082

[0001] C4591001 1136 11361102

16.3 CRFs of Site

[0001] C4591001 1139 11391024

▲   16.3 CRFs of Site
        [0001] C4591001 1139 11391024
        [0001] C4591001 1139 11391068
▲   16.3 CRFs of Site
        [0001] C4591001 1140 11401002
        [0001] C4591001 1140 11401009
        [0001] C4591001 1140 11401020
        [0001] C4591001 1140 11401035
        [0001] C4591001 1140 11401066
        [0001] C4591001 1140 11401078
        [0001] C4591001 1140 11401117
        [0001] C4591001 1140 11401156
        [0001] C4591001 1140 11401180
        [0001] C4591001 1140 11401181
        [0001] C4591001 1140 11401244
        [0001] C4591001 1140 11401282
        [0001] C4591001 1140 11401285
        [0001] C4591001 1140 11401306
▲   16.3 CRFs of Site



16.3 CRFs of Site
- [0001] C4591001 1141 11411113
- [0001] C4591001 1141 11411140
- [0001] C4591001 1141 11411143
- [0001] C4591001 1141 11411153
- [0001] C4591001 1141 11411221
- [0001] C4591001 1141 11411230
- [0001] C4591001 1141 11411270

16.3 CRFs of Site
- [0001] C4591001 1142 11421032
- [0001] C4591001 1142 11421044
- [0001] C4591001 1142 11421073
- [0001] C4591001 1142 11421084
- [0001] C4591001 1142 11421202
- [0001] C4591001 1142 11421215
- [0001] C4591001 1142 11421247
- [0001] C4591001 1142 11421256

16.3 CRFs of Site
- [0001] C4591001 1145 11451042

[0001] C4591001 1145 11451042
[0001] C4591001 1145 11451055
[0001] C4591001 1145 11451056
[0001] C4591001 1145 11451059
[0001] C4591001 1145 11451063
[0001] C4591001 1145 11451076

16.3 CRFs of Site

[0001] C4591001 1146 11461015
[0001] C4591001 1146 11461109
[0001] C4591001 1146 11461133
[0001] C4591001 1146 11461152
[0001] C4591001 1146 11461161
[0001] C4591001 1146 11461181
[0001] C4591001 1146 11461191
[0001] C4591001 1146 11461200
[0001] C4591001 1146 11461235
[0001] C4591001 1146 11461264
[0001] C4591001 1146 11461302

16.3 CRFs of Site

16.3 CRFs of Site
- [0001] C4591001 1147 11471007
- [0001] C4591001 1147 11471230
- [0001] C4591001 1147 11471239

16.3 CRFs of Site
- [0001] C4591001 1149 11491239
- [0001] C4591001 1149 11491313

16.3 CRFs of Site
- [0001] C4591001 1150 11501001
- [0001] C4591001 1150 11501022
- [0001] C4591001 1150 11501037
- [0001] C4591001 1150 11501069
- [0001] C4591001 1150 11501084
- [0001] C4591001 1150 11501093
- [0001] C4591001 1150 11501153

16.3 CRFs of Site
- [0001] C4591001 1152 11521053
- [0001] C4591001 1152 11521085
- [0001] C4591001 1152 11521095

[0001] C4591001 1152 11521095

[0001] C4591001 1152 11521222

[0001] C4591001 1152 11521260

[0001] C4591001 1152 11521316

[0001] C4591001 1152 11521411

[0001] C4591001 1152 11521450

[0001] C4591001 1152 11521476

[0001] C4591001 1152 11521497

[0001] C4591001 1152 11521551

16.3 CRFs of Site

[0001] C4591001 1156 11561001

[0001] C4591001 1156 11561006

[0001] C4591001 1156 11561007

[0001] C4591001 1156 11561015

[0001] C4591001 1156 11561044

[0001] C4591001 1156 11561124

[0001] C4591001 1156 11561131

[0001] C4591001 1156 11561160

16.3 CRFs of Site



16.3 CRFs of Site
  [0001] C4591001 1157 11571066
  [0001] C4591001 1157 11571134
16.3 CRFs of Site
  [0001] C4591001 1161 11611016
  [0001] C4591001 1161 11611020
16.3 CRFs of Site
  [0001] C4591001 1162 11621059
  [0001] C4591001 1162 11621128
  [0001] C4591001 1162 11621276
  [0001] C4591001 1162 11621327
16.3 CRFs of Site
  [0001] C4591001 1163 11631059
16.3 CRFs of Site
  [0001] C4591001 1166 11661047
  [0001] C4591001 1166 11661078
16.3 CRFs of Site
  [0001] C4591001 1167 11671009
  [0001] C4591001 1167 11671069

- [0001] C4591001 1167 11671069
- [0001] C4591001 1167 11671077
- [0001] C4591001 1167 11671085
- [0001] C4591001 1167 11671175

▲ 📄 16.3 CRFs of Site
- [0001] C4591001 1168 11681083
- [0001] C4591001 1168 11681225

▲ 📄 16.3 CRFs of Site
- [0001] C4591001 1169 11691010
- [0001] C4591001 1169 11691055
- [0001] C4591001 1169 11691056

▲ 📄 16.3 CRFs of Site
- [0001] C4591001 1170 11701013
- [0001] C4591001 1170 11701090
- [0001] C4591001 1170 11701121
- [0001] C4591001 1170 11701217

▲ 📄 16.3 CRFs of Site
- [0001] C4591001 1171 11711023
- [0001] C4591001 1171 11711045

[0001] C4591001 1171 11711045

[0001] C4591001 1171 11711212

16.3 CRFs of Site

[0001] C4591001 1174 11741042

16.3 CRFs of Site

[0001] C4591001 1177 11771204

[0001] C4591001 1177 11771222

[0001] C4591001 1177 11771317

16.3 CRFs of Site

[0001] C4591001 1178 11781012

[0001] C4591001 1178 11781015

[0001] C4591001 1178 11781025

[0001] C4591001 1178 11781048

[0001] C4591001 1178 11781061

[0001] C4591001 1178 11781073

[0001] C4591001 1178 11781107

[0001] C4591001 1178 11781122

[0001] C4591001 1178 11781138

[0001] C4591001 1178 11781164

[0001] C4591001 1178 11781164

[0001] C4591001 1178 11781167

[0001] C4591001 1178 11781257

[0001] C4591001 1178 11781287

[0001] C4591001 1178 11781293

[0001] C4591001 1178 11781300

16.3 CRFs of Site

[0001] C4591001 1185 11851055

16.3 CRFs of Site

[0001] C4591001 1194 11941002

[0001] C4591001 1194 11941033

[0001] C4591001 1194 11941058

16.3 CRFs of Site

[0001] C4591001 1195 11951003

[0001] C4591001 1195 11951006

[0001] C4591001 1195 11951008

[0001] C4591001 1195 11951014

[0001] C4591001 1195 11951017

[0001] C4591001 1195 11951023

[0001] C4591001 1195 11951023

[0001] C4591001 1195 11951059

[0001] C4591001 1195 11951131

[0001] C4591001 1195 11951132

16.3 CRFs of Site

[0001] C4591001 1197 11971097

16.3 CRFs of Site

[0001] C4591001 1203 12031026

16.3 CRFs of Site

[0001] C4591001 1204 12041023

[0001] C4591001 1204 12041078

[0001] C4591001 1204 12041138

[0001] C4591001 1204 12041234

[0001] C4591001 1204 12041280

16.3 CRFs of Site

[0001] C4591001 1205 12051028

[0001] C4591001 1205 12051075

[0001] C4591001 1205 12051077

16.3 CRFs of Site

[0001] C4591001 1205 12051077

16.3 CRFs of Site

[0001] C4591001 1207 12071055

16.3 CRFs of Site

[0001] C4591001 1209 12091014

16.3 CRFs of Site

[0001] C4591001 1210 12101026

[0001] C4591001 1210 12101029

16.3 CRFs of Site

[0001] C4591001 1212 12121024

16.3 CRFs of Site

[0001] C4591001 1213 12131049

16.3 CRFs of Site

[0001] C4591001 1214 12141018

[0001] C4591001 1214 12141039

16.3 CRFs of Site

[0001] C4591001 1217 12171031

[0001] C4591001 1217 12171039

[0001] C4591001 1217 12171044



[0001] C4591001 1217 12171044

16.3 CRFs of Site

    [0001] C4591001 1218 12181001

    [0001] C4591001 1218 12181012

    [0001] C4591001 1218 12181015

    [0001] C4591001 1218 12181023

    [0001] C4591001 1218 12181046

    [0001] C4591001 1218 12181051

    [0001] C4591001 1218 12181057

16.3 CRFs of Site

    [0001] C4591001 1220 12201020

    [0001] C4591001 1220 12201044

    [0001] C4591001 1220 12201052

16.3 CRFs of Site

    [0001] C4591001 1221 12211002

    [0001] C4591001 1221 12211007

16.3 CRFs of Site

    [0001] C4591001 1223 12231014

    [0001] C4591001 1223 12231024

- [0001] C4591001 1223 12231024
- [0001] C4591001 1223 12231058
- [0001] C4591001 1223 12231075
- [0001] C4591001 1223 12231159
- [0001] C4591001 1223 12231166
- [0001] C4591001 1223 12231181
- [0001] C4591001 1223 12231182
- [0001] C4591001 1223 12231252

16.3 CRFs of Site
- [0001] C4591001 1224 12241065

16.3 CRFs of Site
- [0001] C4591001 1226 12261043
- [0001] C4591001 1226 12261067
- [0001] C4591001 1226 12261072
- [0001] C4591001 1226 12261094
- [0001] C4591001 1226 12261136
- [0001] C4591001 1226 12261137
- [0001] C4591001 1226 12261190
- [0001] C4591001 1226 12261210

[0001] C4591001 1226 12261210
[0001] C4591001 1226 12261241
[0001] C4591001 1226 12261282
[0001] C4591001 1226 12261300
[0001] C4591001 1226 12261313
[0001] C4591001 1226 12261338
[0001] C4591001 1226 12261417
[0001] C4591001 1226 12261432
[0001] C4591001 1226 12261477
[0001] C4591001 1226 12261545
[0001] C4591001 1226 12261571
[0001] C4591001 1226 12261583
[0001] C4591001 1226 12261599
[0001] C4591001 1226 12261624
[0001] C4591001 1226 12261707
[0001] C4591001 1226 12261713
[0001] C4591001 1226 12261714
[0001] C4591001 1226 12261745
[0001] C4591001 1226 12261769



[0001] C4591001 1226 12261769

[0001] C4591001 1226 12261775

[0001] C4591001 1226 12261792

[0001] C4591001 1226 12261836

[0001] C4591001 1226 12261864

[0001] C4591001 1226 12262000

[0001] C4591001 1226 12262004

[0001] C4591001 1226 12262036

[0001] C4591001 1226 12262052

[0001] C4591001 1226 12262089

[0001] C4591001 1226 12262129

[0001] C4591001 1226 12262238

[0001] C4591001 1226 12262240

[0001] C4591001 1226 12262253

[0001] C4591001 1226 12262272

[0001] C4591001 1226 12262281

16.3 CRFs of Site

[0001] C4591001 1229 12291083

16.3 CRFs of Site

16.3 CRFs of Site

[0001] C4591001 1229 12291083

16.3 CRFs of Site

[0001] C4591001 1230 12301025

[0001] C4591001 1230 12301045

16.3 CRFs of Site

[0001] C4591001 1231 12311014

[0001] C4591001 1231 12311058

[0001] C4591001 1231 12311081

[0001] C4591001 1231 12311118

[0001] C4591001 1231 12311128

[0001] C4591001 1231 12311147

[0001] C4591001 1231 12311182

[0001] C4591001 1231 12311205

[0001] C4591001 1231 12311281

[0001] C4591001 1231 12311294

[0001] C4591001 1231 12311295

[0001] C4591001 1231 12311315

[0001] C4591001 1231 12311352

[0001] C4591001 1231 12311352
[0001] C4591001 1231 12311379
[0001] C4591001 1231 12311387
[0001] C4591001 1231 12311409
[0001] C4591001 1231 12311448
[0001] C4591001 1231 12311510
[0001] C4591001 1231 12311538
[0001] C4591001 1231 12311556
[0001] C4591001 1231 12311579
[0001] C4591001 1231 12311635
[0001] C4591001 1231 12311711
[0001] C4591001 1231 12311730
[0001] C4591001 1231 12311766
[0001] C4591001 1231 12311812
[0001] C4591001 1231 12311815
[0001] C4591001 1231 12311834
[0001] C4591001 1231 12311844
[0001] C4591001 1231 12311854
[0001] C4591001 1231 12311862

[0001] C4591001 1231 12311862
[0001] C4591001 1231 12311865
[0001] C4591001 1231 12311901
[0001] C4591001 1231 12311926
[0001] C4591001 1231 12311946
[0001] C4591001 1231 12312073
[0001] C4591001 1231 12312080
[0001] C4591001 1231 12312125
[0001] C4591001 1231 12312162
[0001] C4591001 1231 12312205
[0001] C4591001 1231 12312335
[0001] C4591001 1231 12312378
[0001] C4591001 1231 12312390
[0001] C4591001 1231 12312420
[0001] C4591001 1231 12312476
[0001] C4591001 1231 12312529
[0001] C4591001 1231 12312576
[0001] C4591001 1231 12312577
[0001] C4591001 1231 12312593

[0001] C4591001 1231 12312593
[0001] C4591001 1231 12312660
[0001] C4591001 1231 12312679
[0001] C4591001 1231 12312687
[0001] C4591001 1231 12312696
[0001] C4591001 1231 12312722
[0001] C4591001 1231 12312749
[0001] C4591001 1231 12312787
[0001] C4591001 1231 12312854
[0001] C4591001 1231 12312868
[0001] C4591001 1231 12312883
[0001] C4591001 1231 12312885
[0001] C4591001 1231 12312893
[0001] C4591001 1231 12312914
[0001] C4591001 1231 12312982
[0001] C4591001 1231 12312996
[0001] C4591001 1231 12313028
[0001] C4591001 1231 12313140
[0001] C4591001 1231 12313184

[0001] C4591001 1231 12313184
[0001] C4591001 1231 12313193
[0001] C4591001 1231 12313345
[0001] C4591001 1231 12313422
[0001] C4591001 1231 12313437
[0001] C4591001 1231 12313496
[0001] C4591001 1231 12313504
[0001] C4591001 1231 12313510
[0001] C4591001 1231 12313610
[0001] C4591001 1231 12313621
[0001] C4591001 1231 12313653
[0001] C4591001 1231 12313674
[0001] C4591001 1231 12313689
[0001] C4591001 1231 12313715
[0001] C4591001 1231 12313730
[0001] C4591001 1231 12313753
[0001] C4591001 1231 12313755
[0001] C4591001 1231 12313777
[0001] C4591001 1231 12313783

[0001] C4591001 1231 12313783
[0001] C4591001 1231 12313785
[0001] C4591001 1231 12313879
[0001] C4591001 1231 12313884
[0001] C4591001 1231 12313894
[0001] C4591001 1231 12313972
[0001] C4591001 1231 12313998
[0001] C4591001 1231 12314001
[0001] C4591001 1231 12314033
[0001] C4591001 1231 12314035
[0001] C4591001 1231 12314041
[0001] C4591001 1231 12314059
[0001] C4591001 1231 12314075
[0001] C4591001 1231 12314091
[0001] C4591001 1231 12314128
[0001] C4591001 1231 12314134
[0001] C4591001 1231 12314197
[0001] C4591001 1231 12314216
[0001] C4591001 1231 12314233

[0001] C4591001 1231 12314233

[0001] C4591001 1231 12314255

[0001] C4591001 1231 12314308

[0001] C4591001 1231 12314335

[0001] C4591001 1231 12314368

[0001] C4591001 1231 12314372

[0001] C4591001 1231 12314395

[0001] C4591001 1231 12314407

[0001] C4591001 1231 12314411

[0001] C4591001 1231 12314414

[0001] C4591001 1231 12314465

[0001] C4591001 1231 12314494

[0001] C4591001 1231 12314531

[0001] C4591001 1231 12314562

[0001] C4591001 1231 12314583

[0001] C4591001 1231 12314681

[0001] C4591001 1231 12314690

[0001] C4591001 1231 12314759

[0001] C4591001 1231 12314813

[0001] C4591001 1231 12314813
[0001] C4591001 1231 12314833
[0001] C4591001 1231 12314894
[0001] C4591001 1231 12314898
[0001] C4591001 1231 12314921
[0001] C4591001 1231 12314987
[0001] C4591001 1231 12315023
[0001] C4591001 1231 12315081
[0001] C4591001 1231 12315093
[0001] C4591001 1231 12315126
[0001] C4591001 1231 12315186
[0001] C4591001 1231 12315193
[0001] C4591001 1231 12315291
[0001] C4591001 1231 12315301
[0001] C4591001 1231 12315324
[0001] C4591001 1231 12315351
[0001] C4591001 1231 12315404
[0001] C4591001 1231 12315429
[0001] C4591001 1231 12315441

[0001] C4591001 1231 12315441
[0001] C4591001 1231 12315473
[0001] C4591001 1231 12315498
[0001] C4591001 1231 12315520
[0001] C4591001 1231 12315542
[0001] C4591001 1231 12315559
[0001] C4591001 1231 12315579
[0001] C4591001 1231 12315622
[0001] C4591001 1231 12315632
[0001] C4591001 1231 12315653
[0001] C4591001 1231 12315671
[0001] C4591001 1231 12315677
[0001] C4591001 4444 44441007
[0001] C4591001 4444 44441035
[0001] C4591001 4444 44441145
[0001] C4591001 4444 44441161
[0001] C4591001 4444 44441249
[0001] C4591001 4444 44441297
[0001] C4591001 4444 44441371

[0001] C4591001 4444 44441371
[0001] C4591001 4444 44441385
[0001] C4591001 4444 44441422
[0001] C4591001 4444 44441470
[0001] C4591001 4444 44441473
[0001] C4591001 4444 44441550
[0001] C4591001 4444 44441595
[0001] C4591001 4444 44441634
[0001] C4591001 4444 44441665
[0001] C4591001 4444 44441748
[0001] C4591001 4444 44441761
[0001] C4591001 4444 44441771
[0001] C4591001 4444 44441873
[0001] C4591001 4444 44441979
[0001] C4591001 4444 44442009
[0001] C4591001 4444 44442012
[0001] C4591001 4444 44442021
[0001] C4591001 4444 44442041
[0001] C4591001 4444 44442278

[0001] C4591001 4444 44442278

[0001] C4591001 4444 44442304

[0001] C4591001 4444 44442319

16.3 CRFs of Site

[0001] C4591001 1232 12321159

[0001] C4591001 1232 12321175

[0001] C4591001 1232 12321213

[0001] C4591001 1232 12321293

[0001] C4591001 1232 12321299

16.3 CRFs of Site

[0001] C4591001 1235 12351071

[0001] C4591001 1235 12351130

[0001] C4591001 1235 12351205

16.3 CRFs of Site

[0001] C4591001 1241 12411051

[0001] C4591001 1241 12411053

[0001] C4591001 1241 12411067

[0001] C4591001 1241 12411117

[0001] C4591001 1241 12411197

[0001] C4591001 1241 12411197

[0001] C4591001 1241 12411206

[0001] C4591001 1241 12411208

[0001] C4591001 1241 12411269

[0001] C4591001 1241 12411279

[0001] C4591001 1241 12411343

[0001] C4591001 1241 12411347

[0001] C4591001 1241 12411385

[0001] C4591001 1241 12411410

[0001] C4591001 1241 12411468

[0001] C4591001 1241 12411471

[0001] C4591001 1241 12411493

[0001] C4591001 1241 12411514

[0001] C4591001 1241 12411561

[0001] C4591001 1241 12411568

[0001] C4591001 1241 12411643

[0001] C4591001 1241 12411679

[0001] C4591001 1241 12411766

[0001] C4591001 1241 12411825

[0001] C4591001 1241 12411825
[0001] C4591001 1241 12411829
[0001] C4591001 1241 12411862
[0001] C4591001 1241 12411887
[0001] C4591001 1241 12411915
[0001] C4591001 1241 12411930
[0001] C4591001 1241 12411967
[0001] C4591001 1241 12411978
[0001] C4591001 1241 12412035
[0001] C4591001 1241 12412053
[0001] C4591001 1241 12412055
[0001] C4591001 1241 12412109
[0001] C4591001 1241 12412111
[0001] C4591001 1241 12412190
[0001] C4591001 1241 12412191
[0001] C4591001 1241 12412218
[0001] C4591001 1241 12412263
[0001] C4591001 1241 12412369
[0001] C4591001 1241 12412411

[0001] C4591001 1241 12412411

[0001] C4591001 1241 12412546

16.3 CRFs of Site

[0001] C4591001 1246 12461025

[0001] C4591001 1246 12461035

[0001] C4591001 1246 12461070

[0001] C4591001 1246 12461110

[0001] C4591001 1246 12461131

16.3 CRFs of Site

[0001] C4591001 1247 12471066

[0001] C4591001 1247 12471092

[0001] C4591001 1247 12471121

[0001] C4591001 1247 12471135

[0001] C4591001 1247 12471137

[0001] C4591001 1247 12471172

[0001] C4591001 1247 12471220

[0001] C4591001 1247 12471226

[0001] C4591001 1247 12471244

16.3 CRFs of Site

- 16.3 CRFs of Site
  - [0001] C4591001 1248 12481120
  - [0001] C4591001 1248 12481163
  - [0001] C4591001 1248 12481218
- 16.3 CRFs of Site
  - [0001] C4591001 1251 12511029
  - [0001] C4591001 1251 12511031
  - [0001] C4591001 1251 12511033
  - [0001] C4591001 1251 12511050
  - [0001] C4591001 1251 12511060
  - [0001] C4591001 1251 12511072
  - [0001] C4591001 1251 12511145
  - [0001] C4591001 1251 12511239
  - [0001] C4591001 1251 12511250
  - [0001] C4591001 1251 12511262
- 16.3 CRFs of Site
  - [0001] C4591001 1252 12521010
  - [0001] C4591001 1252 12521011
- 16.3 CRFs of Site



[0001] C4591001 1252 12521011

16.3 CRFs of Site

[0001] C4591001 1254 12541006

[0001] C4591001 1254 12541014

[0001] C4591001 1254 12541109

[0001] C4591001 1254 12541142

[0001] C4591001 1254 12541145

[0001] C4591001 1254 12541189

16.3 CRFs of Site

[0001] C4591001 1260 12601018

[0001] C4591001 1260 12601035

[0001] C4591001 1260 12601037

[0001] C4591001 1260 12601069

[0001] C4591001 1260 12601075

[0001] C4591001 1260 12601108

[0001] C4591001 1260 12601128

16.3 CRFs of Site

[0001] C4591001 1261 12611006

16.3 CRFs of Site



[0001] C4591001 1260 12601128

16.3 CRFs of Site

[0001] C4591001 1261 12611006

16.3 CRFs of Site

[0001] C4591001 1264 12641133

[0001] C4591001 1264 12641195

[0001] C4591001 1264 12641229

16.3 CRFs of Site

[0001] C4591001 1265 12651101

[0001] C4591001 1265 12651149

16.3 CRFs of Site

[0001] C4591001 1270 12701057

[0001] C4591001 1270 12701069

[0001] C4591001 1270 12701142

[0001] BNT162-01 - A Multi-Site, Phase I/II, 2-Part, Dose

That is the end of the first study

See below for the Phase I/II study



[0001] BNT162-01 - Third Interim Signatures Investigators

[0001] BNT162-01 - Third Interim Signatures Sponsors

16.1.6 Listing of patients receiving test drug(s) from specified batch

[0001] BNT162-01 - Third Interim List Patients with Batches

16.1.9 Documentation of statistical methods and interim analysis plans

[0001] BNT162-01 - Third Interim Statistical Methods Analysis Plan

16.1.12 Publications Referenced in the Study Report

[0001] BNT162-01 - Third Interim Publications Referenced in Report

[0001] BNT162-01 - Third Interim List of Sponsor Personnel who Mater

16.2. Patient Data Listings

16.2.1 Discontinued Patients Listing

[0001] BNT162-01 - Third Interim Discontinued Patients

16.2.2 Protocol Deviation Listing

[0001] BNT162-01 - Third Interim Protocol Deviations

16.2.3 Patients Excluded from Efficacy Analysis Listing

[0001] BNT162-01 - Third Interim Patients Excluded from Efficacy Analy

16.2.4 Demographic Data Listing

[0001] BNT162-01 - Third Interim Demographic Data

[0001] BNT162-01 - Third Interim Demographic Data

16.2.5 Compliance and/or Drug Concentration Data Listing

[0001] BNT162-01 - Third Interim Reports

[0001] BNT162-01 - Third Interim Compliance and Drug Concentration Data

16.2.7 File contains Adverse Event Listings

[0001] BNT162-01 - Third Interim Adverse Event Listings

16.2.8 Individual Laboratory Measurements Listed by Patient

[0001] BNT162-01 - Third Interim Listing of Individual Laboratory Measurements

Datasets

Analysis Datasets

Analysis Datasets (ADaM)

[0001] Analysis Dataset Definition

[0001] Analysis Dataset Definition Stylesheet

[0001] Analysis Data Reviewers Guide

Datasets

Tabulation Datasets

Tabulation Datasets (SDTM)

[0001] Data Tabulation Data Definition



▲ 🔲 Tabulation Datasets
   ▲ 🔲 Tabulation Datasets (SDTM)
      🗋 [0001] Data Tabulation Data Definition
      🗋 [0001] Clinical Study Data Reviewers Guide
      🗋 [0001] Data Tabulation Data Definition Stylesheet
      🗋 [0001] Annotated Case Report Form
   ▲ 🔲 Datasets
      🗋 [0001] ae
      🗋 [0001] ce
      🗋 [0001] cm
      🗋 [0001] co
      🗋 [0001] dm
      🗋 [0001] ds
      🗋 [0001] dv
      🗋 [0001] ec
      🗋 [0001] eg
      🗋 [0001] ex
      🗋 [0001] face

[0001] face
[0001] is
[0001] lb
[0001] mb
[0001] mh
[0001] pe
[0001] relrec
[0001] rp
[0001] se
[0001] suppae
[0001] suppcm
[0001] suppdm
[0001] suppds
[0001] suppdv
[0001] suppec
[0001] suppeg
[0001] suppex
[0001] suppface
[0001] supplb

- [0001] supplb
- [0001] suppe
- [0001] supprp
- [0001] suppvs
- [0001] suppxa
- [0001] sv
- [0001] ta
- [0001] te
- [0001] ti
- [0001] ts
- [0001] tv
- [0001] vs
- [0001] xa
- [0001] xb

CRF's
  16.3 CRFs of Site
    [0001] 10010
    [0001] 10075
  16.3 CRFs of Site



    16.3 CRFs of Site
      [0001] 20215
      [0001] 20116
      [0001] 20242
  5.3.6 Reports of Postmarketing Experience
5.4 Literature References

# Exhibit C

| From: | Aaron Siri |
|---|---|
| To: | Enlow, Courtney D. (CIV) |
| Cc: | Elizabeth Brehm; Gabrielle Palmer |
| Subject: | [EXTERNAL] RE: Public Health and Medical Professionals for Transparency v. FDA,, 4:41-cv-01058-P (N.D. Tex. 2021) |
| Date: | Thursday, November 04, 2021 4:06:13 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Also, CFRs for site 1085 which is on page 33 of the PDF.

**From:** Aaron Siri
**Sent:** Thursday, November 4, 2021 12:58 PM
**To:** Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>
**Cc:** Elizabeth Brehm <ebrehm@sirillp.com>; Gabrielle Palmer <gpalmer@sirillp.com>
**Subject:** RE: Public Health and Medical Professionals for Transparency v. FDA,, 4:41-cv-01058-P (N.D. Tex. 2021)

Hi Courtney,

Nice meeting yesterday. Based on our follow-up preliminary discussion with our client earlier today, they would like to know if the FDA will produce the following items by November 17:

1. Pdf page 27: CRFs for site 1055
2. Pdf page 31: CRFs for site 1081
3. Pdf page 38: CRFs for site 1096
4. Pdf page 46: CRFs for site 1128
5. Pdf page 10: Program Files/SAS files. They want 3 to 4 SAS files as a sample, in the first instance, so that they client can assess whether it would like to prioritize the complete universe of SAS files.
6. Pdf page 1: 5.2 - Tabular Listing of all Clinical Studies
7. Pdf page 1: 4 – Nonclinical Study Reports
8. Pdf page 2: 5.3.6 - Reports of Postmarketing Experience
9. Pdf page 3: 16.1.1 - Protocol and/or Amendment, and specifically, Final Analysis Interim Independent Oversight Committees
10. Pdf page 6: Under the Analysis Datasets (ADaM), the Analysis Data Reviewers Guide, Analysis Dataset Definition, and Analysis Dataset Definition Stylesheet
11. Pdf page 11: Tabulation Datasets

If we can get agreement on producing these limited items as noted, we can advise as much in our joint letter and that we are continuing to discuss a production schedule for the remaining data and information.

Please let us know if the FDA will agree to their proposal.

Thanks,

Aaron

**From:** Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>
**Sent:** Thursday, November 4, 2021 11:07 AM
**To:** Gabrielle Palmer <gpalmer@sirillp.com>
**Cc:** Aaron Siri <aaron@sirillp.com>; Elizabeth Brehm <ebrehm@sirillp.com>
**Subject:** RE: Public Health and Medical Professionals for Transparency v. FDA,, 4:41-cv-01058-P (N.D. Tex. 2021)