IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br>Defendant. | Civil Action No. 4:21-cv-01058-P |

## DEFENDANT'S MOTION TO PARTIALLY MODIFY SCHEDULING ORDER AND CERTIFICATE OF CONFERENCE

Defendant U.S. Food and Drug Administration ("FDA") respectfully requests that the Court modify, in part, its January 6, 2022 Order, Dkt. No. 35. The reasons for granting the motion are set forth in the accompanying memorandum of law.

Pursuant to Local Civil Rule 7.1(b), FDA certifies that the undersigned defense counsel conferred with Plaintiff's attorney Aaron Siri regarding the requested relief between January 12 and 14, 2022. Plaintiff opposes the requested relief and stated that it will explain the reasons why in a written filing in response to this Motion.

Pursuant to Local Civil Rule 7.1(c), FDA is separately providing a proposed order, for the Court's convenience.

Dated: January 18, 2022  Respectfully submitted,

BRIAN M. BOYNTON

Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 11110
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 11110
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov