IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

The Court, having reviewed Defendant U.S. Food and Drug Administration's ("FDA") Motion to Partially Modify Scheduling Order, hereby GRANTS the motion for good cause shown. It is hereby ORDERED that the Court's January 6, 2022 Order ("January 6 Order"), Dkt. No. 35, is revised as follows:

- Enumerated paragraph 2 on page 3 of the January 6 Order is modified to provide that the FDA shall process the remaining documents at a rate of 10,000 pages for the agency's productions due on March 1 and March 31, 2022, respectively, and at a rate of 55,000 pages every thirty days thereafter, until production is complete.

IT IS SO ORDERED.

Date: _____                          _____
                                                  Hon. Mark T. Pittman, U.S. District Judge