UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,**

 Plaintiff,

v.            No. 4:21-cv-1058-P

**FOOD AND DRUG ADMINISTRATION,**

 Defendant.

## ORDER

 Before the Court is Defendant Food and Drug Administration's Motion to Partially Modify Scheduling Order ("Motion"). ECF No. 36. Having reviewed the Motion, Brief in Support (ECF No. 37), and Appendix in Support (ECF No. 38), the Court concludes that it would benefit from an expedited response from Plaintiff Public Health and Medical Professionals for Transparency.

 The Court therefore **ORDERS** that Plaintiff shall file a Response to the Motion **on or before Monday, January 24, 2022.**

 The Court further **ORDERS** that Defendant shall file a Reply to Plaintiff's Response **on or before Thursday, January 27, 2022.**

 **SO ORDERED** on this **19th day** of **January, 2022.**

*[signature]*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE