UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,**

  Plaintiff,

v.   No. 4:21-cv-1058-P

**FOOD AND DRUG ADMINISTRATION,**

  Defendant.

# ORDER

  Before the Court is Pfizer Inc.'s Motion for Leave to Intervene for a Limited Purpose ("Motion"). ECF No. 40. Having reviewed the Motion, Brief in Support (ECF No. 41), and Appendix in Support (ECF No. 42), the Court concludes that it would benefit from an expedited response from both Plaintiff Public Health and Medical Professionals for Transparency and Defendant Food and Drug Administration. The Court therefore **ORDERS** that both Plaintiff and Defendant shall file a Response to the Motion **on or before Tuesday, January 25, 2022.**

  The Court further **ORDERS** that a hearing regarding all pending Motions (ECF Nos. 36, 40) will be held at **1:00 p.m.** on **Friday, January 28, 2022**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. The Court further **ORDERS** that all Parties send a client representative to the hearing.

  **SO ORDERED** on this **21st day** of **January, 2022.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE