UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PUBLIC HEALTH AND MEDICAL**
**PROFESSIONALS FOR TRANSPARENCY,**

   Plaintiff,

v.   No. 4:21-cv-1058-P

**FOOD AND DRUG ADMINISTRATION,**

   Defendant.

## ORDER

Before the Court is a Motion to Change Hearing Time ("Motion"). ECF No. 50. Having considered the Motion, the Court concludes that the Motion should be, and is hereby, **GRANTED.**

Accordingly, the Court **RESETS** the hearing regarding all pending Motions (ECF Nos. 36, 40) to **8:30 a.m.** on **Friday, January 28, 2022**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. The Court further **ORDERS** that all Parties send a client representative to the hearing.

**SO ORDERED** on this **26th day** of **January, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE