IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35), the parties hereby submit the instant Joint Status Report.  As Ordered by the Court on February 2, 2022 (Dkt. No. 56), the U.S. Food and Drug Administration ("FDA") made a production on March 1, 2022 which the FDA represents included 10,554 pages of responsive records.  The FDA made another production on April 1, 2022, which the FDA represents included 11,043 pages of responsive records.

The FDA expects to produce a minimum of 80,000 pages on or before May 2, 2022.  The parties will submit another joint status report within 90 days.

\

\

\

\

\

\

| | |
|---|---|
| Dated: April 1, 2022 | Respectfully submitted, |

SIRI & GLIMSTAD LLP

*/s/ Aaron Siri*
Aaron Siri, NY Bar No. 4321790
Elizabeth A. Brehm, NY Bar No. 4660353
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 11110
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

/s/  Aaron Siri
Aaron Siri, NY Bar No. 4321790
Elizabeth A. Brehm, NY Bar No. 4660353
200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

*Attorneys for Plaintiff*