IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35), the parties hereby submit the instant Joint Status Report. As Ordered by the Court on February 2, 2022 (Dkt. No. 56), the U.S. Food and Drug Administration ("FDA") made a production on March 1, 2022 which included 10,554 pages of responsive records. On April 1, 2022, FDA made a production which included 11,043 pages of responsive records. On May 2, 2022, FDA made a production which included 90,702 pages of responsive records. On June 1, 2022, FDA made a production which included 90,640 pages of responsive records.

Pursuant to the Court's Order dated February 2, 2022 (Dkt. No. 56), FDA may "bank" any pages produced in excess of its monthly quota. To date, FDA has banked 22,939 pages. FDA expects to produce a minimum of 80,000 pages on or before July 1, 2022. The parties will submit another joint status report within 90 days.

\

\

Dated: June 30, 2022

Respectfully submitted,

SIRI & GLIMSTAD LLP

*/s/* Elizabeth A. Brehm
Aaron Siri, NY Bar No. 4321790
Elizabeth A. Brehm, NY Bar No. 4660353
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/* Antonia Konkoly
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 11110
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

                                      */s/* Antonia Konkoly
                                      ANTONIA KONKOLY
                                      Trial Attorney
                                      United States Department of Justice Civil Division, Federal Programs Branch
                                      1100 L Street, N.W.
                                      Room 11110
                                      Washington, D.C. 20005
                                      Tel: (202) 514-2395
                                      Email: antonia.konkoly@usdoj.gov