UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § § §    CASE NO. 4:21-CV-01058-P |

[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING PFIZER INC.'S
MOTION FOR LEAVE TO INTERVENE
FOR A LIMITED PURPOSE

Upon consideration of Pfizer Inc.'s Motion for Leave to Intervene for a Limited Purpose (the "Motion") and Points and Authorities in support thereof, it is hereby ORDERED that the Motion is ~~GRANTED~~ DENIED WITHOUT PREDJUDICE.

So ordered this 12 day of August, 2022.

Mark T. Pittman
_____
The Honorable Mark T. Pittman
UNITED STATES DISTRICT JUDGE