IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | Civil Action No. 4:21-cv-01058-P |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35), the parties hereby submit the instant Joint Status Report ("JSR"). Consistent with this Court's Order of February 2, 2022 (Dkt. No. 56), and in the interim since the parties' last JSR, filed on June 30, 2022 (Dkt. No. 62), the U.S. Food and Drug Administration ("FDA") has made the following additional productions:

- A July 1, 2022 production consisting of 90,877 pages of responsive records;

- An August 1, 2022 production consisting of 88,656 pages of responsive records; and

- A September 1, 2022 production consisting of 88,142 pages of responsive records.

Pursuant to the Court's Order dated February 2, 2022 (Dkt. No. 56), FDA may "bank" any pages produced in excess of its monthly quota. To date, FDA has banked 85,614 pages. FDA expects to produce a minimum of 55,000 additional pages on or before October 3, 2022. The

parties will submit another joint status report within 90 days.

\

\

Dated: September 28, 2022                                 Respectfully submitted,


| | |
|---|---|
| SIRI & GLIMSTAD LLP | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| */s/* Elizabeth A. Brehm<br>Aaron Siri, NY Bar No. 4321790<br>Elizabeth A. Brehm, NY Bar No. 4660353<br>745 Fifth Ave, Suite 500<br>New York, NY 10151<br>Tel: (212) 532-1091<br>aaron@sirillp.com<br>ebrehm@sirillp.com | ELIZABETH J. SHAPIRO<br>Deputy Director<br>Federal Programs Branch |
| *Attorneys for Plaintiff* | */s/* Antonia Konkoly<br>ANTONIA KONKOLY<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005<br>Tel: (202) 514-2395<br>Email: antonia.konkoly@usdoj.gov<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

                                                     */s/* Elizabeth A. Brehm
                                                     Elizabeth A. Brehm, NY Bar No. 4660353
                                                     745 Fifth Ave, Suite 500
                                                     New York, NY 10151
                                                     Tel: (212) 532-1091
                                                     ebrehm@sirillp.com