IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:21-cv-01058-P |

**NOTICE OF ATTORNEY WITHDRAWAL**

Please take notice that Kevin Wynosky, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, is withdrawing as counsel for Defendant. Defendant will continue to be represented by Antonia Konkoly of the same office, who has already appeared in this case.

Dated: April 20, 2023             Respectfully submitted,

                                                  BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

<u>/s/ Kevin Wynosky</u>
KEVIN WYNOSKY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 616-8267
Email: kevin.j.wynosky@usdoj.gov

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2023, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

/s/ Kevin Wynosky
KEVIN WYNOSKY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch