IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35), the parties hereby submit the instant Joint Status Report ("JSR"). Consistent with this Court's Order of February 2, 2022 (Dkt. No. 56), and in the interim since the parties' last JSR, filed on March 24, 2022 (Dkt. No. 67), the U.S. Food and Drug Administration ("FDA") has made the following additional productions:

- An April 3, 2023 production consisting of 5,506 pages of responsive records and FDA applied 49,494 of its banked pages to this production;

- A May 1, 2023 production consisting of 55,097 pages of responsive records; and

- A June 1, 2023 production consisting of 55,049 pages of responsive records.

Pursuant to the February 2, 2022 Order, FDA may "bank" any pages produced in excess of its monthly quota, and, if FDA is unable to produce the full amount of pages required in a subsequent month, it can apply the banked pages toward its quota for that month. To date, FDA has 1,131 banked pages remaining. FDA expects to produce a minimum of 55,000 pages (or utilize its remaining

banked pages to account for at least 55,000 pages) on or before July 3, 2023.

The parties will submit another joint status report within 90 days.


Dated: June 22, 2023                                            Respectfully submitted,


SIRI & GLIMSTAD LLP                           BRIAN M. BOYNTON
                                              Principal Deputy Assistant
*/s/ Elizabeth A. Brehm*                      Attorney General
Elizabeth A. Brehm, NY Bar No. 4660353        Civil Division
Aaron Siri, NY Bar No. 4321790
200 Park Avenue                               ELIZABETH J. SHAPIRO
17th Floor                                    Deputy Director
New York, New York 10166                      Federal Programs Branch
Tel: (212) 532-1091
aaron@sirillp.com                             */s/ Antonia Konkoly*
ebrehm@sirillp.com                            ANTONIA KONKOLY
                                              Trial Attorney
*Attorneys for Plaintiff*                     United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street NW
                                              Washington, D.C. 20005
                                              Tel: (202) 514-2395
                                              Email: antonia.konkoly@usdoj.gov

                                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov