IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35), the parties hereby submit the instant Joint Status Report ("JSR"). Consistent with this Court's Order of February 2, 2022 (Dkt. No. 56), and in the interim since the parties' last JSR, filed on June 22, 2023 (Dkt. No. 69), the U.S. Food and Drug Administration ("FDA") has made the following additional productions:

- A July 3, 2023 production consisting of 55,180 pages of responsive records;

- An August 1, 2023 production consisting of 57,311 pages of responsive records; and

- A September 1, 2023 production consisting of 48,777 pages of responsive records as well as 16,044 pages of responsive records that FDA withheld in full, for a combined total of 64,821 pages.

Pursuant to the February 2, 2022 Order, FDA may "bank" any processed pages in excess of its monthly quota, and, if FDA is unable to process the full amount of pages required in a subsequent month, it can apply the banked pages toward its quota for that month. To date, FDA has 13,443

banked pages remaining. FDA expects to process a minimum of 55,000 pages (or utilize its remaining banked pages to account for at least 55,000 pages) and make a corresponding production to Plaintiff on or before October 2, 2023.

The parties will submit another joint status report within 90 days.

Dated: September 20, 2023

Respectfully submitted,

SIRI & GLIMSTAD LLP

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm, NY Bar No. 4660353
745 Fifth Avenue
Suite 500
New York, New York 10151
Tel: (212) 532-1091
ebrehm@sirillp.com

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I electronically transmitted the foregoing to theparties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

/s/ Antonia Konkoly
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov