IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>           Defendant. | Civil Action No. 4:21-cv-01058-P |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35), the parties hereby submit the instant Joint Status Report ("JSR").

As the parties reported in their last JSR, *see* Dkt. No. 75, the U.S. Food and Drug Administration ("FDA") represented that it completed its processing and/or production (of a total of approximately 1.2 million pages of records) on November 1, 2023. In that filing, Plaintiff further stated an intent to provide FDA with questions to begin a conferral period by March 13, 2024.

On March 13, 2024, Plaintiff provided those questions to FDA regarding certain aspects of FDA's search. FDA is presently reviewing Plaintiff's questions, and the parties will continue to confer with the shared goal of narrowing or resolving any issues that may otherwise require judicial resolution. The parties anticipate that, in their next JSR, they will provide the Court with a further update regarding their conferral process.

Consistent with the Court's Order of January 6, 2022, ECF No. 35, the parties will submit another joint status report within 90 days.

\

\

| | |
|---|---|
| Dated: March 18, 2024 | Respectfully submitted, |

SIRI & GLIMSTAD LLP

*/s/ Elizabeth Brehm*
Elizabeth A. Brehm, NY Bar No. 4660353
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
ebrehm@sirillp.com

*Attorney for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

/s/ Antonia Konkoly
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2395
Email: antonia.konkoly@usdoj.gov