IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.12(d), Defendant respectfully moves to substitute Andrew F. Freidah of the United States Department of Justice, Civil Division, Federal Programs Branch, for Antonia Konkoly, of the same office, as counsel for Defendant in this case. Ms. Konkoly's employment with the Civil Division will end effective March 29, 2024, and Mr. Freidah is therefore assuming her role in this case. This substitution will not delay any proceedings.

A proposed order accompanies this motion.

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant conferred with Plaintiff's counsel regarding this motion through email on March 28, 2024. Plaintiff's counsel indicated that they do not oppose the relief requested in Defendant's motion.

Dated: March 28, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Andrew F. Freidah*
Andrew F. Freidah
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2024, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

                                                    */s/ Andrew F. Freidah*
                                                    Andrew F. Freidah
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, N.W.
                                                    Washington, D.C. 20005
                                                    Tel: (202) 305-0879
                                                    Email: andrew.f.freidah@usdoj.gov