IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01058-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 6, 2022 (Dkt. No. 35) and the parties' Joint Status Report ("JSR") dated June 17, 2024 (Dkt. No. 79), the parties hereby submit the instant JSR.

As the parties reported in their last JSR, *see* Dkt. No. 79, the U.S. Food and Drug Administration ("FDA") represented that it completed its processing and/or production (of a total of approximately 1.2 million pages of records) on November 1, 2023, and Plaintiff provided questions to FDA on March 13, 2024 regarding certain aspects of FDA's search. FDA responded to Plaintiff's questions on July 17, 2024. The parties are continuing to confer with the shared goal of narrowing or resolving any issues that may otherwise require judicial resolution. The parties anticipate that, in their next JSR, they will provide the Court with a further update regarding their conferral process.

Recognizing the Court's Order of January 6, 2022, ECF No. 35, and consistent with the parties' June 17, 2024 JSR, ECF No. 79, the parties intend to submit another joint status report within 60 days and do so at that frequency thereafter. The parties agree that this will help expedite resolution of any outstanding issues.

Dated: August 16, 2024

SIRI & GLIMSTAD LLP

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm, NY Bar No. 4660353
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
ebrehm@sirillp.com

*Attorney for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Andrew F. Freidah*
ANDREW F. FREIDAH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF filing system.

>/s/ Andrew F. Freidah
>ANDREW F. FREIDAH
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street NW
>Washington, D.C. 20005
>Tel: (202) 305-0879
>Email: andrew.f.freidah@usdoj.gov