UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,**

   Plaintiff,

v.                                                      No. 4:21-CV-01058-P

**FOOD AND DRUG ADMINISTRATION,**

   Defendant.

### ORDER RESETTING STATUS CONFERENCE

The Court previously set a status conference for **September 26, 2024, at 3:00 p.m.** Having reviewed the Court's schedule, the Court determined that it is necessary to move the status conference. Accordingly, it is **ORDERED** that **ALL COUNSEL** shall appear for a status conference **on September 5, 2024, at 3:00 p.m.** in the 4th Floor Courtroom of the Eldon Mahon Courthouse, at 501 West 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this **20th day** of **August 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE