# Siri | Glimstad

sirillp.com | NEW YORK | LOS ANGELES | MIAMI | PHOENIX
DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

**VIA ECF**                                                                                         September 2, 2024

Honorable Mark T. Pittman
501 West 10th Street, Room 401
Fort Worth, Texas 76102-3673

    Re:    *Public Health & Med. Pros. For Transparency v. Food and Drug Administration*
             *US District Court for the Northern District of Texas; Case No. 4:21-cv-01058-P*
             ***Joint letter***

Dear Judge Pittman:

    We write on behalf of the parties in the above-referenced action to jointly update the Court following the parties' recent discussions. The parties agree there is a contested issue concerning the adequacy of the search which they have been unable to resolve despite conferring multiple times regarding same. Therefore, we agree that briefing this adequacy of search issue now is appropriate and propose the briefing schedule below. After the Court has ruled on that issue, and processing is completed for any additional records, as applicable, the parties would like to then meet and confer about redactions in dispute, if any, and revert only if necessary to the Court.

    We therefore propose the following briefing schedule to address the adequacy of the agency's search:

- Defendant's motion for summary judgment due: October 17
- Plaintiff's cross-motion and response due: November 21
- Defendant's reply and response due: December 19
- Plaintiff's reply due: January 16

    If there are any other issues the Court would like the parties to address prior to the scheduled status conference, or if the Court intends to cancel the conference in light of the foregoing, the parties welcome addressing those issues and respectfully request advanced notice of same. Thank you for your consideration.

    Very truly yours,

*/s/ Andrew F. Freidah*
Andrew F. Freidah
Trial Attorney
United States Department of Justice
Civil Division
1100 L Street NW
Washington, D.C. 20005
(202) 305-0879
andrew.f.freidah@usdoj.gov

*Attorney for Defendant*

*/s/Elizabeth A. Brehm*
Elizabeth A. Brehm
745 Fifth Avenue, Suite 500
New York, NY 10151
(888) 747-4529
ebrehm@sirillp.com

*Attorney for Plaintiff*