UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PUBLIC HEALTH AND MEDICAL
PROFESSIONALS FOR
TRANSPARENCY,**

   Plaintiff,

v.                                                  **No. 4:21-CV-01058-P**

**FOOD AND DRUG ADMINISTRATION,**

   Defendant.

## ORDER

Having reviewed the Parties' most recent status update (ECF No. 83), the Court finds it appropriate to set a briefing schedule for the matter identified therein. Accordingly, it is **ORDERED** that: (1) Defendant file its Motion for Summary Judgment **on or before October 17, 2024**; (2) Plaintiff file its cross-motion and response **on or before November 7, 2024**; (3) Defendant file its reply and response on or before **November 21, 2024**; and (4) Plaintiff file its reply on or before **December 5, 2024**.

Furthermore, in light of the discussions that occurred at the September 6, 2024 hearing, the Court finds it appropriate to schedule a Telephonic Status Conference **for 2 p.m. CST September 26, 2024**. Plaintiff shall initiate a call with Defendant and, once all parties are present, call the Court at 817-850-6600.

**SO ORDERED** on this **6th day** of **September 2024**.

_Mark T. Pittman_
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE