**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:21-cv-01058-P** |
| **FOOD AND DRUG ADMINISTRATION,** | § § § § | |
| **Defendant.** | § | |

## ORDER SETTING STATUS CONFERENCE

On April 27, 2026, United States District Judge Mark T. Pittman referred this case to the undersigned to conduct a settlement conference on or before June 11, 2026. ECF No. 119. To facilitate the scheduling of that conference, the Court hereby sets a Status Conference, via telephone, on **May 4, 2026, at 9:00 a.m. C.D.T.** The Clerk will email the code to access the conference to lead counsel for the parties.

Prior to the Status Conference, counsel **SHALL** confer and be prepared to discuss three proposed convenient dates for mediating the case at the Eldon B. Mahon United States Courthouse in Fort Worth, Texas, on or before June 11, 2026.

It is so **ORDERED** April 29, 2026.

_Hal R. Ray, Jr._
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE